**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEAZER HOMES USA, INC., ALLAN P. MERRILL, and ROBERT L. SALOMON,<br><br>Defendants. | Case No. 1:19-cv-05301-VEC |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF ALBERT KHOSHBIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiff movant Albert Khoshbin ("Movant") and for the class in the above-captioned action.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published June 5, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein: *Strougo v. Beazer Homes USA, Inc. et al.*, Case No. 1:19-cv-05301-VEC;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Beazer Homes USA, Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 5th day of August, 2019.

/s/ Lesley F. Portnoy
Lesley F. Portnoy

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 5, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2019, at Los Angeles, California.

*/s/ Lesley F. Portnoy*
Lesley F. Portnoy