# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**BEAZER HOMES USA, INC. SECURITIES LITIGATION**

I, Albert Khoshbin individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase Beazer Homes USA, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Beazer Homes USA, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

8/5/2019
_____
Date

DocuSigned by:
*albert khoshbin*
0E61E78984EC472
_____
Albert Khoshbin

**Albert Khoshbin's Transactions in**
**Beazer Homes USA, Inc. (BZH)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 08/11/2014 | Sold | -500 | $17.4800 |
| 08/12/2014 | Bought | 1,000 | $17.0500 |
| 08/12/2014 | Bought | 500 | $16.8800 |
| 08/15/2014 | Sold | -1,500 | $17.7000 |
| 08/15/2014 | Sold | -2,000 | $17.7400 |
| 08/15/2014 | Sold | -2,000 | $17.8400 |
| 08/15/2014 | Bought | 2,000 | $17.7000 |
| 08/15/2014 | Bought | 1,500 | $17.5500 |
| 08/15/2014 | Bought | 1,000 | $17.5000 |
| 08/18/2014 | Sold | -2,500 | $17.7000 |
| 08/18/2014 | Sold | -1,000 | $17.8900 |
| 08/18/2014 | Sold | -500 | $17.8700 |
| 08/18/2014 | Sold | -500 | $17.9800 |
| 08/28/2014 | Bought | 2,000 | $18.6500 |
| 10/20/2014 | Bought | 1,209 | $17.7700 |
| 10/20/2014 | Bought | 91 | $17.7600 |
| 10/20/2014 | Bought | 200 | $17.7600 |
| 10/21/2014 | Bought | 250 | $17.8800 |
| 10/21/2014 | Sold | -1,750 | $18.1300 |
| 11/21/2014 | Bought | 889 | $20.0000 |
| 11/21/2014 | Bought | 111 | $19.9900 |
| 11/21/2014 | Bought | 1,000 | $20.0900 |
| 11/24/2014 | Bought | 500 | $19.9900 |
| 12/09/2014 | Bought | 800 | $19.0900 |
| 12/18/2014 | Sold | -100 | $18.1500 |
| 12/18/2014 | Sold | -100 | $18.1500 |
| 12/18/2014 | Sold | -600 | $18.1400 |
| 01/09/2015 | Sold | -500 | $19.7700 |
| 01/12/2015 | Sold | -2,000 | $19.7500 |
| 02/02/2015 | Bought | 100 | $15.0600 |
| 02/02/2015 | Bought | 755 | $15.0500 |
| 02/02/2015 | Bought | 145 | $15.0500 |
| 02/02/2015 | Bought | 1,000 | $14.9900 |
| 02/04/2015 | Sold | -2,000 | $15.3000 |
| 02/05/2015 | Bought | 1,000 | $15.3000 |
| 02/05/2015 | Bought | 1,000 | $15.2900 |
| 02/05/2015 | Sold | -2,000 | $15.4600 |
| 03/18/2015 | Bought | 190 | $16.3200 |
| 03/18/2015 | Bought | 291 | $16.3200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/18/2015 | Bought | 119 | $16.3200 |
| 03/18/2015 | Bought | 400 | $16.3100 |
| 03/19/2015 | Bought | 600 | $16.5400 |
| 03/20/2015 | Sold | -1,600 | $16.8500 |
| 12/22/2015 | Bought | 2,000 | $11.5000 |
| 12/23/2015 | Sold | -2,000 | $12.1500 |
| 12/30/2015 | Bought | 3,000 | $11.8900 |
| 12/31/2015 | Sold | -500 | $11.5800 |
| 01/27/2016 | Bought | 1,100 | $9.2400 |
| 01/27/2016 | Bought | 100 | $9.2300 |
| 01/27/2016 | Bought | 300 | $9.2200 |
| 02/05/2016 | Bought | 2,000 | $7.7400 |
| 02/05/2016 | Bought | 2,000 | $7.1000 |
| 02/05/2016 | Bought | 600 | $7.0800 |
| 02/05/2016 | Bought | 400 | $7.0800 |
| 02/05/2016 | Sold | -3,000 | $6.9200 |
| 02/23/2016 | Bought | 2,000 | $7.0400 |
| 02/25/2016 | Sold | -2,000 | $7.4300 |
| 02/29/2016 | Sold | -2,000 | $7.5300 |
| 03/01/2016 | Sold | -650 | $7.6100 |
| 03/01/2016 | Sold | -1,350 | $7.6100 |
| 03/01/2016 | Sold | -2,000 | $7.6700 |
| 03/10/2016 | Bought | 2,000 | $7.8200 |
| 03/10/2016 | Sold | -2,000 | $7.9400 |
| 03/23/2016 | Bought | 500 | $8.5800 |
| 03/23/2016 | Bought | 100 | $8.5700 |
| 03/23/2016 | Bought | 511 | $8.5600 |
| 03/23/2016 | Bought | 789 | $8.5500 |
| 03/23/2016 | Bought | 100 | $8.5500 |
| 03/23/2016 | Bought | 1,000 | $8.4500 |
| 03/23/2016 | Bought | 1,000 | $8.4400 |
| 03/23/2016 | Bought | 1,000 | $8.1000 |
| 03/24/2016 | Bought | 300 | $8.1900 |
| 03/24/2016 | Bought | 300 | $8.1900 |
| 03/24/2016 | Bought | 300 | $8.1800 |
| 03/24/2016 | Bought | 100 | $8.1700 |
| 03/29/2016 | Sold | -3,000 | $8.6700 |
| 04/01/2016 | Sold | -3,000 | $8.7200 |
| 04/04/2016 | Bought | 2,600 | $8.3000 |
| 04/04/2016 | Bought | 400 | $8.3000 |
| 04/08/2016 | Sold | -3,000 | $8.9400 |
| 04/13/2016 | Bought | 2,000 | $9.1900 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 04/13/2016 | Sold | -2,000 | $9.6800 |
| 04/14/2016 | Bought | 2,000 | $9.3600 |
| 04/15/2016 | Bought | 1,000 | $9.3500 |
| 04/15/2016 | Sold | -1,000 | $9.3800 |
| 04/18/2016 | Sold | -2,000 | $9.6100 |
| 04/19/2016 | Bought | 1,500 | $9.2200 |
| 04/19/2016 | Bought | 1,000 | $9.2600 |
| 04/19/2016 | Sold | -2,500 | $9.4400 |
| 06/17/2016 | Bought | 3,000 | $7.5000 |
| 06/20/2016 | Sold | -3,000 | $7.7700 |
| 07/06/2016 | Bought | 2,000 | $7.5700 |
| 07/06/2016 | Bought | 1,000 | $7.5700 |
| 07/07/2016 | Bought | 1,000 | $7.8200 |
| 07/07/2016 | Bought | 1,000 | $7.8800 |
| 07/08/2016 | Sold | -2,000 | $8.2500 |
| 07/08/2016 | Sold | -600 | $8.3700 |
| 07/08/2016 | Sold | -2,400 | $8.3700 |
| 07/22/2016 | Bought | 2,000 | $8.9400 |
| 07/22/2016 | Sold | -2,000 | $9.0800 |
| 08/02/2016 | Bought | 4,400 | $9.3300 |
| 08/02/2016 | Bought | 600 | $9.3300 |
| 08/02/2016 | Bought | 2,000 | $9.1900 |
| 08/02/2016 | Sold | -2,000 | $9.2700 |
| 08/03/2016 | Sold | -5,000 | $9.4000 |
| 08/15/2016 | Sold | -400 | $10.4600 |
| 08/15/2016 | Sold | -300 | $10.4500 |
| 08/15/2016 | Sold | -1,300 | $10.4400 |
| 08/17/2016 | Bought | 2,000 | $10.1000 |
| 08/23/2016 | Sold | -207 | $10.6400 |
| 08/23/2016 | Sold | -500 | $10.6300 |
| 08/23/2016 | Sold | -893 | $10.6100 |
| 08/23/2016 | Sold | -400 | $10.6000 |
| 08/23/2016 | Sold | -2,000 | $10.8000 |
| 08/26/2016 | Bought | 3,244 | $10.5300 |
| 08/26/2016 | Bought | 756 | $10.5300 |
| 08/29/2016 | Sold | -5,000 | $10.8300 |
| 08/30/2016 | Sold | -100 | $11.1700 |
| 08/30/2016 | Sold | -1,900 | $11.1700 |
| 08/30/2016 | Bought | 2,000 | $11.2500 |
| 09/01/2016 | Sold | -500 | $11.0500 |
| 09/01/2016 | Sold | -900 | $11.0400 |
| 09/01/2016 | Sold | -600 | $11.0300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 09/02/2016 | Sold | -400 | $11.5400 |
| 09/02/2016 | Sold | -600 | $11.5300 |
| 09/02/2016 | Sold | -1,000 | $11.5200 |
| 09/09/2016 | Bought | 2,000 | $11.9100 |
| 09/09/2016 | Bought | 1,600 | $11.7600 |
| 09/09/2016 | Bought | 400 | $11.7600 |
| 09/09/2016 | Bought | 3,600 | $11.4700 |
| 09/09/2016 | Bought | 900 | $11.4500 |
| 09/09/2016 | Bought | 500 | $11.4500 |
| 09/09/2016 | Sold | -2,000 | $11.3300 |
| 09/09/2016 | Sold | -1,000 | $11.4200 |
| 09/12/2016 | Sold | -2,000 | $11.4700 |
| 09/16/2016 | Bought | 4,800 | $11.0900 |
| 09/16/2016 | Bought | 200 | $11.0900 |
| 09/28/2016 | Sold | -1,200 | $11.8100 |
| 09/28/2016 | Sold | -1,800 | $11.8000 |
| 10/04/2016 | Bought | 2,196 | $11.5500 |
| 10/04/2016 | Bought | 804 | $11.5500 |
| 10/05/2016 | Sold | -600 | $11.7800 |
| 10/05/2016 | Sold | -400 | $11.7700 |
| 10/05/2016 | Sold | -2,000 | $11.7600 |
| 10/07/2016 | Bought | 3,000 | $11.8300 |
| 03/10/2017 | Bought | 1,500 | $11.9600 |
| 03/10/2017 | Bought | 500 | $11.9600 |
| 03/13/2017 | Bought | 1,000 | $11.9200 |
| 03/13/2017 | Bought | 400 | $11.8200 |
| 03/13/2017 | Bought | 600 | $11.8200 |
| 03/16/2017 | Sold | -4,000 | $12.5000 |
| 03/16/2017 | Bought | 3,000 | $12.3000 |
| 03/17/2017 | Bought | 2,000 | $12.2600 |
| 03/21/2017 | Bought | 600 | $11.5100 |
| 03/21/2017 | Bought | 1,400 | $11.5100 |
| 03/22/2017 | Bought | 2,000 | $11.3100 |
| 03/28/2017 | Sold | -3,000 | $12.0300 |
| 03/29/2017 | Sold | -6,000 | $12.1400 |
| 04/03/2017 | Bought | 2,000 | $11.9100 |
| 04/03/2017 | Bought | 1,000 | $11.9100 |
| 04/04/2017 | Bought | 2,000 | $11.8700 |
| 04/04/2017 | Bought | 2,000 | $11.7100 |
| 04/05/2017 | Bought | 2,000 | $11.6000 |
| 04/10/2017 | Sold | -3,000 | $12.0600 |
| 04/11/2017 | Bought | 3,000 | $12.0200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 04/12/2017 | Bought | 2,000 | $11.8000 |
| 04/18/2017 | Sold | -2,000 | $12.3500 |
| 04/18/2017 | Sold | -3,000 | $12.4300 |
| 04/18/2017 | Sold | -2,000 | $12.4800 |
| 04/18/2017 | Sold | -4,000 | $12.5700 |
| 04/20/2017 | Bought | 1,000 | $12.2400 |
| 04/21/2017 | Sold | -1,000 | $12.3700 |
| 04/24/2017 | Bought | 3,000 | $12.4200 |
| 04/25/2017 | Bought | 2,000 | $12.1000 |
| 04/25/2017 | Bought | 2,000 | $12.0700 |
| 04/26/2017 | Sold | -6,000 | $12.7000 |
| 04/26/2017 | Sold | -1,000 | $12.7500 |
| 04/28/2017 | Bought | 900 | $12.5000 |
| 04/28/2017 | Bought | 1,100 | $12.5000 |
| 04/28/2017 | Sold | -2,000 | $12.4700 |
| 05/02/2017 | Bought | 2,000 | $12.1000 |
| 05/02/2017 | Bought | 2,900 | $11.9300 |
| 05/02/2017 | Bought | 100 | $11.9200 |
| 05/02/2017 | Bought | 1,000 | $11.9900 |
| 05/04/2017 | Sold | -6,000 | $12.7500 |
| 05/05/2017 | Bought | 2,000 | $12.9000 |
| 05/05/2017 | Bought | 1,394 | $12.8200 |
| 05/05/2017 | Bought | 1,061 | $12.8200 |
| 05/05/2017 | Bought | 545 | $12.8100 |
| 05/05/2017 | Sold | -100 | $12.9100 |
| 05/05/2017 | Sold | -288 | $12.9000 |
| 05/05/2017 | Sold | -300 | $12.9000 |
| 05/05/2017 | Sold | -200 | $12.9000 |
| 05/05/2017 | Sold | -112 | $12.9000 |
| 05/05/2017 | Sold | -200 | $13.1000 |
| 05/05/2017 | Sold | -2,500 | $13.0900 |
| 05/05/2017 | Sold | -1,300 | $13.0800 |
| 05/09/2017 | Sold | -300 | $14.0000 |
| 05/09/2017 | Sold | -2,700 | $14.0000 |
| 05/09/2017 | Sold | -2,000 | $14.0000 |
| 05/09/2017 | Sold | -2,000 | $14.3400 |
| 05/11/2017 | Sold | -2,000 | $14.8400 |
| 05/17/2017 | Bought | 2,000 | $14.6200 |
| 05/17/2017 | Sold | -3,917 | $14.7100 |
| 05/17/2017 | Sold | -83 | $14.7000 |
| 05/17/2017 | Bought | 4,000 | $14.7200 |
| 05/17/2017 | Bought | 300 | $14.7400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/17/2017 | Bought | 1,700 | $14.7400 |
| 05/17/2017 | Sold | -4,000 | $14.5600 |
| 05/17/2017 | Bought | 3,900 | $14.7200 |
| 05/17/2017 | Bought | 100 | $14.7200 |
| 05/18/2017 | Sold | -100 | $14.6800 |
| 05/18/2017 | Sold | -426 | $14.6700 |
| 05/18/2017 | Sold | -700 | $14.6600 |
| 05/18/2017 | Sold | -1,774 | $14.6500 |
| 05/18/2017 | Sold | -2,000 | $14.7100 |
| 05/22/2017 | Bought | 3,000 | $14.7200 |
| 05/23/2017 | Sold | -2,000 | $14.7600 |
| 05/23/2017 | Bought | 4,000 | $14.3200 |
| 05/23/2017 | Bought | 80 | $14.2100 |
| 05/23/2017 | Bought | 1,620 | $14.1900 |
| 05/23/2017 | Bought | 3,200 | $14.1900 |
| 05/23/2017 | Bought | 100 | $14.1900 |
| 05/26/2017 | Bought | 3,000 | $13.5300 |
| 05/31/2017 | Bought | 2,000 | $11.9900 |
| 05/31/2017 | Bought | 1,500 | $12.1000 |
| 06/02/2017 | Sold | -1,500 | $12.4000 |
| 06/02/2017 | Sold | -2,000 | $12.5100 |
| 06/02/2017 | Sold | -1,000 | $12.5100 |
| 06/02/2017 | Sold | -100 | $12.5700 |
| 06/02/2017 | Sold | -1,900 | $12.5700 |
| 06/06/2017 | Bought | 2,000 | $12.0400 |
| 06/07/2017 | Sold | -2,000 | $12.4300 |
| 06/07/2017 | Bought | 3,000 | $12.2300 |
| 06/08/2017 | Sold | -2,661 | $12.1200 |
| 06/08/2017 | Sold | -339 | $12.1200 |
| 10/03/2017 | Sold | -2,000 | $19.3500 |
| 10/03/2017 | Sold | -1,000 | $19.4800 |
| 10/10/2017 | Sold | -300 | $19.1900 |
| 10/10/2017 | Sold | -1,700 | $19.1700 |
| 10/11/2017 | Sold | -2,000 | $19.3600 |
| 10/13/2017 | Sold | -1,000 | $19.4000 |
| 10/18/2017 | Bought | 1,332 | $19.5200 |
| 10/18/2017 | Bought | 568 | $19.5200 |
| 10/18/2017 | Bought | 100 | $19.5100 |
| 10/18/2017 | Bought | 1,200 | $19.5900 |
| 10/18/2017 | Bought | 800 | $19.5900 |
| 10/19/2017 | Bought | 4,000 | $19.3500 |
| 10/19/2017 | Sold | -100 | $19.6100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/19/2017 | Sold | -2,900 | $19.6000 |
| 10/19/2017 | Sold | -1,500 | $19.6200 |
| 10/20/2017 | Sold | -2,000 | $19.8400 |
| 10/26/2017 | Bought | 2,160 | $19.7500 |
| 10/26/2017 | Bought | 340 | $19.7500 |
| 10/26/2017 | Bought | 1,000 | $19.6200 |
| 10/26/2017 | Bought | 3,000 | $19.4500 |
| 10/27/2017 | Sold | -600 | $19.5600 |
| 10/27/2017 | Sold | -1,400 | $19.5600 |
| 10/27/2017 | Sold | -226 | $19.7700 |
| 10/27/2017 | Sold | -262 | $19.7700 |
| 10/27/2017 | Sold | -300 | $19.7600 |
| 10/27/2017 | Sold | -300 | $19.7500 |
| 10/27/2017 | Sold | -412 | $19.7500 |
| 10/30/2017 | Sold | -2,000 | $19.8900 |
| 11/02/2017 | Sold | -1,000 | $20.8500 |
| 11/03/2017 | Bought | 500 | $20.7600 |
| 11/06/2017 | Sold | -1,000 | $21.1400 |
| 11/07/2017 | Bought | 100 | $20.7700 |
| 11/07/2017 | Bought | 300 | $20.7700 |
| 11/07/2017 | Bought | 600 | $20.7700 |
| 11/08/2017 | Sold | -1,000 | $20.7500 |
| 11/09/2017 | Bought | 1,000 | $20.5100 |
| 11/09/2017 | Sold | -1,000 | $21.0000 |
| 11/10/2017 | Bought | 1,000 | $20.7000 |
| 11/14/2017 | Bought | 900 | $22.7000 |
| 11/14/2017 | Bought | 100 | $22.6700 |
| 11/15/2017 | Bought | 100 | $21.4500 |
| 11/15/2017 | Bought | 211 | $21.4400 |
| 11/15/2017 | Bought | 2,589 | $21.4300 |
| 11/15/2017 | Bought | 100 | $21.4300 |
| 11/15/2017 | Bought | 2,000 | $21.8500 |
| 11/15/2017 | Bought | 2,000 | $21.7300 |
| 11/15/2017 | Bought | 1,000 | $21.4500 |
| 11/16/2017 | Bought | 800 | $20.7900 |
| 11/16/2017 | Bought | 800 | $20.7800 |
| 11/16/2017 | Bought | 400 | $20.7600 |
| 11/16/2017 | Sold | -2,000 | $21.2100 |
| 11/16/2017 | Bought | 2,000 | $20.7000 |
| 11/16/2017 | Sold | -1,000 | $20.5100 |
| 11/16/2017 | Sold | -1,000 | $20.4700 |
| 11/17/2017 | Sold | -1,000 | $20.7000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/20/2017 | Sold | -2,000 | $21.4000 |
| 11/20/2017 | Sold | -2,500 | $21.5200 |
| 11/27/2017 | Bought | 2,500 | $21.5600 |
| 11/28/2017 | Sold | -2,000 | $21.8800 |
| 11/29/2017 | Bought | 2,000 | $21.5000 |
| 11/30/2017 | Bought | 900 | $20.9800 |
| 11/30/2017 | Bought | 1,100 | $20.9800 |
| 12/01/2017 | Bought | 1,000 | $21.0600 |
| 12/01/2017 | Bought | 900 | $20.8100 |
| 12/01/2017 | Bought | 100 | $20.7800 |
| 12/01/2017 | Sold | -2,000 | $20.8400 |
| 12/01/2017 | Sold | -2,000 | $20.9800 |
| 12/01/2017 | Bought | 2,000 | $20.5500 |
| 12/04/2017 | Sold | -2,000 | $20.7200 |
| 12/06/2017 | Bought | 2,000 | $20.2600 |
| 12/06/2017 | Sold | -1,200 | $19.9100 |
| 12/06/2017 | Sold | -800 | $19.9000 |
| 01/11/2018 | Bought | 989 | $19.8100 |
| 01/11/2018 | Bought | 1,011 | $19.8100 |
| 01/11/2018 | Sold | -2,000 | $20.4000 |
| 03/01/2018 | Bought | 2,000 | $15.8900 |
| 03/01/2018 | Sold | -2,000 | $16.0500 |
| 03/02/2018 | Bought | 3,000 | $15.8200 |
| 03/05/2018 | Sold | -3,000 | $16.3000 |
| 03/06/2018 | Bought | 3,000 | $16.3400 |
| 03/07/2018 | Bought | 1,000 | $16.4400 |
| 03/08/2018 | Bought | 1,993 | $16.3500 |
| 03/08/2018 | Bought | 7 | $16.3400 |
| 03/13/2018 | Sold | -6,000 | $17.0800 |
| 03/14/2018 | Bought | 500 | $16.6000 |
| 03/14/2018 | Bought | 2,000 | $16.5700 |
| 03/15/2018 | Bought | 2,000 | $16.0900 |
| 03/16/2018 | Bought | 1,500 | $16.3200 |
| 03/20/2018 | Bought | 1,000 | $16.2000 |
| 03/21/2018 | Sold | -4,500 | $16.6500 |
| 03/22/2018 | Bought | 2,500 | $16.4500 |
| 03/22/2018 | Bought | 1,000 | $16.3100 |
| 03/22/2018 | Sold | -3,000 | $16.7000 |
| 03/23/2018 | Sold | -600 | $16.3700 |
| 03/23/2018 | Sold | -2,300 | $16.3700 |
| 03/23/2018 | Sold | -100 | $16.3600 |
| 03/29/2018 | Bought | 1,800 | $15.8800 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/29/2018 | Bought | 200 | $15.8800 |
| 03/29/2018 | Bought | 1,000 | $15.9500 |
| 04/04/2018 | Sold | -3,000 | $15.9500 |
| 04/05/2018 | Sold | -1,000 | $17.0700 |
| 04/05/2018 | Sold | -35 | $16.9900 |
| 04/05/2018 | Sold | -965 | $16.9800 |
| 04/05/2018 | Sold | -1,000 | $17.3000 |
| 04/06/2018 | Bought | 3,000 | $16.7000 |
| 04/10/2018 | Sold | -2,000 | $16.3900 |
| 04/10/2018 | Sold | -1,000 | $16.5200 |
| 04/11/2018 | Bought | 2,000 | $16.3700 |
| 04/11/2018 | Bought | 200 | $16.3600 |
| 04/11/2018 | Bought | 400 | $16.3600 |
| 04/11/2018 | Bought | 100 | $16.3600 |
| 04/11/2018 | Bought | 300 | $16.3400 |
| 04/23/2018 | Bought | 2,500 | $14.9600 |
| 04/23/2018 | Bought | 500 | $14.9000 |
| 04/24/2018 | Bought | 1,000 | $15.0700 |
| 04/24/2018 | Bought | 1,000 | $14.8200 |
| 04/26/2018 | Bought | 1,000 | $14.7700 |
| 04/27/2018 | Bought | 900 | $15.2400 |
| 04/27/2018 | Bought | 100 | $15.2300 |
| 04/27/2018 | Bought | 1,000 | $15.1800 |
| 04/30/2018 | Bought | 1,000 | $15.1300 |
| 05/02/2018 | Sold | -500 | $15.4900 |
| 05/02/2018 | Sold | -4,630 | $15.4900 |
| 05/02/2018 | Sold | -870 | $15.4900 |
| 05/02/2018 | Sold | -3,000 | $15.5500 |
| 05/03/2018 | Bought | 1,000 | $16.0800 |
| 05/03/2018 | Bought | 1,000 | $16.0300 |
| 05/03/2018 | Bought | 700 | $16.1800 |
| 05/03/2018 | Bought | 300 | $16.1800 |
| 05/03/2018 | Bought | 3,000 | $15.8500 |
| 05/07/2018 | Sold | -3,000 | $16.3500 |
| 05/07/2018 | Sold | -100 | $16.4100 |
| 05/07/2018 | Sold | -100 | $16.4000 |
| 05/07/2018 | Sold | -1,600 | $16.4000 |
| 05/07/2018 | Sold | -600 | $16.4000 |
| 05/07/2018 | Sold | -400 | $16.3900 |
| 05/07/2018 | Sold | -200 | $16.3800 |
| 05/08/2018 | Bought | 2,000 | $15.9000 |
| 05/08/2018 | Bought | 1,600 | $15.9200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/08/2018 | Bought | 400 | $15.9200 |
| 05/14/2018 | Bought | 1,000 | $15.3200 |
| 05/15/2018 | Bought | 1,000 | $14.5400 |
| 05/15/2018 | Bought | 1,000 | $14.3800 |
| 05/16/2018 | Bought | 200 | $14.2800 |
| 05/16/2018 | Bought | 600 | $14.2800 |
| 05/16/2018 | Bought | 200 | $14.2700 |
| 05/22/2018 | Bought | 1,000 | $14.9100 |
| 05/25/2018 | Sold | -2,000 | $15.6300 |
| 05/25/2018 | Sold | -200 | $15.6500 |
| 05/25/2018 | Sold | -1,800 | $15.6400 |
| 05/29/2018 | Bought | 1,400 | $15.5400 |
| 05/29/2018 | Bought | 600 | $15.5400 |
| 05/30/2018 | Bought | 2,000 | $15.5600 |
| 06/07/2018 | Sold | -700 | $15.6300 |
| 06/07/2018 | Sold | -400 | $15.6300 |
| 06/07/2018 | Sold | -200 | $15.6200 |
| 06/07/2018 | Sold | -100 | $15.6100 |
| 06/07/2018 | Sold | -2,500 | $15.6100 |
| 06/07/2018 | Sold | -100 | $15.6000 |
| 06/08/2018 | Bought | 4,000 | $15.4900 |
| 06/08/2018 | Sold | -2,000 | $15.9000 |
| 06/11/2018 | Bought | 2,000 | $15.6400 |
| 06/13/2018 | Bought | 2,000 | $15.6000 |
| 07/10/2018 | Sold | -3,000 | $15.3500 |
| 07/10/2018 | Sold | -2,000 | $15.3500 |
| 07/10/2018 | Sold | -5,000 | $15.4500 |
| 07/11/2018 | Sold | -228 | $15.7000 |
| 07/11/2018 | Sold | -772 | $15.7000 |
| 07/11/2018 | Sold | -10 | $15.9100 |
| 07/11/2018 | Sold | -2,200 | $15.9000 |
| 07/11/2018 | Sold | -790 | $15.9000 |
| 07/11/2018 | Sold | -400 | $16.0400 |
| 07/11/2018 | Sold | -1,100 | $16.0300 |
| 07/12/2018 | Bought | 2,796 | $15.7500 |
| 07/12/2018 | Bought | 200 | $15.7500 |
| 07/12/2018 | Bought | 1,154 | $15.7400 |
| 07/12/2018 | Bought | 350 | $15.7400 |
| 07/12/2018 | Bought | 2,000 | $15.5000 |
| 07/12/2018 | Bought | 1,000 | $15.4000 |
| 07/12/2018 | Sold | -3,000 | $15.7000 |
| 07/13/2018 | Bought | 2,500 | $15.4700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 07/13/2018 | Bought | 2,500 | $15.4200 |
| 07/13/2018 | Sold | -2,000 | $15.5800 |
| 07/16/2018 | Bought | 2,000 | $15.3500 |
| 07/16/2018 | Bought | 2,000 | $15.2500 |
| 07/16/2018 | Bought | 2,000 | $15.1500 |
| 07/16/2018 | Sold | -100 | $15.2600 |
| 07/16/2018 | Sold | -900 | $15.2500 |
| 07/18/2018 | Bought | 1,000 | $15.4000 |
| 07/19/2018 | Sold | -2,000 | $15.7200 |
| 07/19/2018 | Bought | 400 | $15.5900 |
| 07/19/2018 | Bought | 1,600 | $15.5900 |
| 08/21/2018 | Bought | 1,700 | $13.4200 |
| 08/21/2018 | Bought | 300 | $13.4100 |
| 08/21/2018 | Bought | 2,000 | $13.3500 |
| 08/21/2018 | Bought | 1,500 | $13.2700 |
| 09/19/2018 | Bought | 200 | $12.0900 |
| 09/19/2018 | Bought | 300 | $12.0900 |
| 09/19/2018 | Bought | 100 | $12.0800 |
| 09/19/2018 | Bought | 1,400 | $12.0800 |
| 10/31/2018 | Sold | -1,413 | $8.8200 |
| 11/01/2018 | Sold | -900 | $9.2300 |
| 11/01/2018 | Sold | -100 | $9.2200 |
| 11/01/2018 | Sold | -100 | $9.2300 |
| 11/01/2018 | Sold | -1,000 | $9.2200 |
| 11/01/2018 | Sold | -100 | $9.2200 |
| 11/01/2018 | Sold | -100 | $9.2100 |
| 11/01/2018 | Sold | -100 | $9.2100 |
| 11/01/2018 | Sold | -200 | $9.2100 |
| 11/01/2018 | Sold | -300 | $9.2100 |
| 11/01/2018 | Sold | -1,300 | $9.2100 |
| 11/13/2018 | Sold | -1,887 | $10.2000 |
| 11/13/2018 | Sold | -2,000 | $11.0700 |
| 11/13/2018 | Sold | -1,000 | $10.9100 |
| 11/23/2018 | Sold | -900 | $10.7300 |
| 11/23/2018 | Sold | -200 | $10.7200 |
| 11/23/2018 | Sold | -4,900 | $10.7200 |
| 11/26/2018 | Bought | 3,000 | $10.4900 |
| 11/26/2018 | Bought | 2,400 | $10.5000 |
| 11/26/2018 | Bought | 300 | $10.4900 |
| 11/26/2018 | Bought | 200 | $10.4800 |
| 11/26/2018 | Bought | 100 | $10.4700 |
| 11/27/2018 | Sold | -1,000 | $10.9700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/27/2018 | Sold | -4,241 | $10.9600 |
| 11/27/2018 | Sold | -100 | $10.9600 |
| 11/27/2018 | Sold | -659 | $10.9600 |
| 11/28/2018 | Bought | 2,100 | $10.4100 |
| 11/28/2018 | Bought | 800 | $10.4100 |
| 11/28/2018 | Bought | 100 | $10.4000 |
| 11/28/2018 | Sold | -204 | $10.8000 |
| 11/28/2018 | Sold | -2,796 | $10.8000 |
| 12/04/2018 | Bought | 139 | $11.1200 |
| 12/04/2018 | Bought | 100 | $11.1000 |
| 12/04/2018 | Bought | 2,761 | $11.1000 |
| 12/06/2018 | Sold | -800 | $10.9700 |
| 12/06/2018 | Sold | -2,200 | $10.9700 |
| 12/24/2018 | Bought | 2,000 | $9.5800 |
| 12/28/2018 | Sold | -2,000 | $9.8500 |
| 12/31/2018 | Bought | 2,000 | $9.4900 |
| 12/31/2018 | Sold | -200 | $9.4900 |
| 12/31/2018 | Sold | -1,600 | $9.4800 |
| 12/31/2018 | Sold | -200 | $9.4800 |
| 01/03/2019 | Bought | 1,000 | $9.7900 |
| 01/03/2019 | Bought | 500 | $9.7700 |
| 01/03/2019 | Bought | 400 | $9.7500 |
| 01/03/2019 | Bought | 3,100 | $9.7500 |
| 01/03/2019 | Sold | -5,000 | $10.1000 |
| 01/04/2019 | Sold | -700 | $10.4800 |
| 01/04/2019 | Sold | -1,300 | $10.4600 |
| 01/10/2019 | Bought | 2,000 | $11.8800 |
| 01/29/2019 | Bought | 2,000 | $10.9400 |
| 01/29/2019 | Sold | -1,305 | $11.3600 |
| 01/29/2019 | Sold | -197 | $11.3600 |
| 01/29/2019 | Sold | -498 | $11.3500 |
| 01/30/2019 | Sold | -3,000 | $12.0200 |
| 02/01/2019 | Sold | -1,000 | $12.7100 |
| 02/01/2019 | Sold | -1,000 | $12.7400 |
| 02/05/2019 | Sold | -2,000 | $12.6000 |
| 02/05/2019 | Bought | 1,200 | $12.5300 |
| 02/05/2019 | Bought | 100 | $12.5000 |
| 02/05/2019 | Bought | 14 | $12.5000 |
| 02/05/2019 | Bought | 286 | $12.5000 |
| 02/05/2019 | Bought | 100 | $12.4900 |
| 02/05/2019 | Bought | 300 | $12.4900 |
| 02/05/2019 | Sold | -1,600 | $12.5800 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 02/05/2019 | Sold | -200 | $12.5700 |
| 02/05/2019 | Sold | -200 | $12.5500 |
| 02/05/2019 | Sold | -1,000 | $12.7000 |
| 02/05/2019 | Bought | 4,703 | $11.5500 |
| 02/06/2019 | Bought | 3,297 | $12.1000 |
| 02/12/2019 | Sold | -213 | $13.0700 |
| 02/12/2019 | Sold | -1,517 | $13.0700 |
| 02/12/2019 | Sold | -270 | $13.0600 |
| 02/15/2019 | Sold | -1,000 | $12.8000 |
| 02/19/2019 | Sold | -2,000 | $13.0900 |
| 02/26/2019 | Bought | 2,100 | $12.5100 |
| 02/26/2019 | Bought | 400 | $12.5100 |
| 02/26/2019 | Bought | 2,500 | $12.5500 |
| 02/26/2019 | Sold | -2,283 | $12.6000 |
| 02/26/2019 | Sold | -217 | $12.6000 |
| 02/27/2019 | Bought | 2,400 | $12.2500 |
| 02/27/2019 | Bought | 100 | $12.2500 |
| 02/28/2019 | Sold | -591 | $12.1000 |
| 02/28/2019 | Sold | -2,400 | $12.1000 |
| 02/28/2019 | Sold | -9 | $12.0900 |
| 02/28/2019 | Bought | 769 | $12.2100 |
| 02/28/2019 | Bought | 600 | $12.2000 |
| 02/28/2019 | Bought | 900 | $12.1900 |
| 02/28/2019 | Bought | 631 | $12.1800 |
| 02/28/2019 | Bought | 100 | $12.1800 |
| 03/01/2019 | Sold | -2,000 | $12.0700 |
| 03/01/2019 | Sold | -1,000 | $12.0200 |
| 03/04/2019 | Sold | -1,000 | $12.3300 |
| 03/04/2019 | Sold | -1,000 | $12.4400 |
| 03/05/2019 | Bought | 5,000 | $12.0700 |
| 03/06/2019 | Sold | -3,000 | $12.0200 |
| 03/06/2019 | Bought | 91 | $11.6100 |
| 03/06/2019 | Bought | 2,909 | $11.6100 |
| 03/14/2019 | Sold | -3,000 | $12.1400 |
| 03/14/2019 | Sold | -2,000 | $12.0300 |
| 03/14/2019 | Bought | 487 | $11.9000 |
| 03/14/2019 | Bought | 1,219 | $11.9000 |
| 03/14/2019 | Bought | 1,294 | $11.9000 |
| 03/15/2019 | Bought | 2,000 | $11.4700 |
| 03/18/2019 | Sold | -2,000 | $11.5800 |
| 03/19/2019 | Sold | -100 | $11.5800 |
| 03/19/2019 | Sold | -2,900 | $11.5700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/19/2019 | Bought | 2,098 | $11.4400 |
| 03/19/2019 | Bought | 202 | $11.4400 |
| 03/19/2019 | Bought | 200 | $11.4400 |
| 03/19/2019 | Bought | 2,500 | $11.3500 |
| 03/19/2019 | Sold | -1,300 | $11.3600 |
| 03/19/2019 | Sold | -2,700 | $11.3500 |
| 03/19/2019 | Bought | 3,800 | $11.2900 |
| 03/19/2019 | Bought | 200 | $11.2900 |
| 03/20/2019 | Sold | -10 | $11.2800 |
| 03/20/2019 | Sold | -165 | $11.2700 |
| 03/20/2019 | Sold | -4,500 | $11.2700 |
| 03/20/2019 | Sold | -325 | $11.2600 |
| 03/20/2019 | Bought | 5,000 | $11.0700 |
| 03/20/2019 | Bought | 3,000 | $11.2800 |
| 03/20/2019 | Sold | -3,000 | $11.3500 |
| 03/20/2019 | Sold | -5,000 | $11.5000 |
| 03/22/2019 | Bought | 5,000 | $11.6300 |
| 03/26/2019 | Sold | -2,000 | $11.7400 |
| 03/28/2019 | Bought | 2,000 | $11.7600 |