# EXHIBIT C

Loss Chart

**Company Name:** Beazer Homes USA, Inc.
**Ticker:** BZH
**Class Period:** Aug 1, 2014 to May 2, 2019
**Name:** Albert Khoshbin
**Opening position** 2,500

**LIFO**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 08/12/2014 | 1,000 | $17.0500 | -$17,050.0000 | | $0.0000 | -$17,050.00 |
| 08/12/2014 | 500 | $16.8800 | -$8,440.0000 | | $0.0000 | -$8,440.00 |
| 08/15/2014 | -1,500 | | $0.0000 | $17.7400 | $26,610.0000 | $26,610.00 |
| 08/15/2014 | -2,000 | | $0.0000 | $17.8400 | $35,680.0000 | $35,680.00 |
| 08/15/2014 | 2,000 | $17.7000 | -$35,400.0000 | | $0.0000 | -$35,400.00 |
| 08/15/2014 | 1,500 | $17.5500 | -$26,325.0000 | | $0.0000 | -$26,325.00 |
| 08/15/2014 | 1,000 | $17.5000 | -$17,500.0000 | | $0.0000 | -$17,500.00 |
| 08/18/2014 | -2,500 | | $0.0000 | $17.7000 | $44,250.0000 | $44,250.00 |
| 08/18/2014 | -1,000 | | $0.0000 | $17.8900 | $17,890.0000 | $17,890.00 |
| 08/18/2014 | -500 | | $0.0000 | $17.8700 | $8,935.0000 | $8,935.00 |
| 08/18/2014 | -500 | | $0.0000 | $17.9800 | $8,990.0000 | $8,990.00 |
| 08/28/2014 | 2,000 | $18.6500 | -$37,300.0000 | | $0.0000 | -$37,300.00 |
| 10/20/2014 | 1,209 | $17.7700 | -$21,483.9300 | | $0.0000 | -$21,483.93 |
| 10/20/2014 | 91 | $17.7600 | -$1,616.1600 | | $0.0000 | -$1,616.16 |
| 10/20/2014 | 200 | $17.7600 | -$3,552.0000 | | $0.0000 | -$3,552.00 |
| 10/21/2014 | 250 | $17.8800 | -$4,470.0000 | | $0.0000 | -$4,470.00 |
| 10/21/2014 | -1,750 | | $0.0000 | $18.1300 | $31,727.5000 | $31,727.50 |
| 11/21/2014 | 889 | $20.0000 | -$17,780.0000 | | $0.0000 | -$17,780.00 |
| 11/21/2014 | 111 | $19.9900 | -$2,218.8900 | | $0.0000 | -$2,218.89 |
| 11/21/2014 | 1,000 | $20.0900 | -$20,090.0000 | | $0.0000 | -$20,090.00 |
| 11/24/2014 | 500 | $19.9900 | -$9,995.0000 | | $0.0000 | -$9,995.00 |
| 12/09/2014 | 800 | $19.0900 | -$15,272.0000 | | $0.0000 | -$15,272.00 |
| 12/18/2014 | -100 | | $0.0000 | $18.1500 | $1,815.0000 | $1,815.00 |
| 12/18/2014 | -100 | | $0.0000 | $18.1500 | $1,815.0000 | $1,815.00 |
| 12/18/2014 | -600 | | $0.0000 | $18.1400 | $10,884.0000 | $10,884.00 |
| 01/09/2015 | -500 | | $0.0000 | $19.7700 | $9,885.0000 | $9,885.00 |
| 01/12/2015 | -2,000 | | $0.0000 | $19.7500 | $39,500.0000 | $39,500.00 |
| 02/02/2015 | 100 | $15.0600 | -$1,506.0000 | | $0.0000 | -$1,506.00 |
| 02/02/2015 | 755 | $15.0500 | -$11,362.7500 | | $0.0000 | -$11,362.75 |
| 02/02/2015 | 145 | $15.0500 | -$2,182.2500 | | $0.0000 | -$2,182.25 |
| 02/02/2015 | 1,000 | $14.9900 | -$14,990.0000 | | $0.0000 | -$14,990.00 |
| 02/04/2015 | -2,000 | | $0.0000 | $15.3000 | $30,600.0000 | $30,600.00 |
| 02/05/2015 | 1,000 | $15.3000 | -$15,300.0000 | | $0.0000 | -$15,300.00 |
| 02/05/2015 | 1,000 | $15.2900 | -$15,290.0000 | | $0.0000 | -$15,290.00 |
| 02/05/2015 | -2,000 | | $0.0000 | $15.4600 | $30,920.0000 | $30,920.00 |
| 03/18/2015 | 190 | $16.3200 | -$3,100.8000 | | $0.0000 | -$3,100.80 |
| 03/18/2015 | 291 | $16.3200 | -$4,749.1200 | | $0.0000 | -$4,749.12 |
| 03/18/2015 | 119 | $16.3200 | -$1,942.0800 | | $0.0000 | -$1,942.08 |
| 03/18/2015 | 400 | $16.3100 | -$6,524.0000 | | $0.0000 | -$6,524.00 |
| 03/19/2015 | 600 | $16.5400 | -$9,924.0000 | | $0.0000 | -$9,924.00 |
| 03/20/2015 | -1,600 | | $0.0000 | $16.8500 | $26,960.0000 | $26,960.00 |
| 12/22/2015 | 2,000 | $11.5000 | -$23,000.0000 | | $0.0000 | -$23,000.00 |
| 12/23/2015 | -2,000 | | $0.0000 | $12.1500 | $24,300.0000 | $24,300.00 |
| 12/30/2015 | 3,000 | $11.8900 | -$35,670.0000 | | $0.0000 | -$35,670.00 |
| 12/31/2015 | -500 | | $0.0000 | $11.5800 | $5,790.0000 | $5,790.00 |
| 01/27/2016 | 1,100 | $9.2400 | -$10,164.0000 | | $0.0000 | -$10,164.00 |
| 01/27/2016 | 100 | $9.2300 | -$923.0000 | | $0.0000 | -$923.00 |
| 01/27/2016 | 300 | $9.2200 | -$2,766.0000 | | $0.0000 | -$2,766.00 |
| 02/05/2016 | 2,000 | $7.7400 | -$15,480.0000 | | $0.0000 | -$15,480.00 |
| 02/05/2016 | 2,000 | $7.1000 | -$14,200.0000 | | $0.0000 | -$14,200.00 |
| 02/05/2016 | 600 | $7.0800 | -$4,248.0000 | | $0.0000 | -$4,248.00 |
| 02/05/2016 | 400 | $7.0800 | -$2,832.0000 | | $0.0000 | -$2,832.00 |
| 02/05/2016 | -3,000 | | $0.0000 | $6.9200 | $20,760.0000 | $20,760.00 |
| 02/23/2016 | 2,000 | $7.0400 | -$14,080.0000 | | $0.0000 | -$14,080.00 |
| 02/25/2016 | -2,000 | | $0.0000 | $7.4300 | $14,860.0000 | $14,860.00 |
| 02/29/2016 | -2,000 | | $0.0000 | $7.5300 | $15,060.0000 | $15,060.00 |
| 03/01/2016 | -650 | | $0.0000 | $7.6100 | $4,946.5000 | $4,946.50 |
| 03/01/2016 | -1,350 | | $0.0000 | $7.6100 | $10,273.5000 | $10,273.50 |
| 03/01/2016 | -2,000 | | $0.0000 | $7.6700 | $15,340.0000 | $15,340.00 |
| 03/10/2016 | 2,000 | $7.8200 | -$15,640.0000 | | $0.0000 | -$15,640.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 03/10/2016 | -2,000 | | $0.0000 | $7.9400 | $15,880.0000 | $15,880.00 |
| 03/23/2016 | 500 | $8.5800 | -$4,290.0000 | | $0.0000 | -$4,290.00 |
| 03/23/2016 | 100 | $8.5700 | -$857.0000 | | $0.0000 | -$857.00 |
| 03/23/2016 | 511 | $8.5600 | -$4,374.1600 | | $0.0000 | -$4,374.16 |
| 03/23/2016 | 789 | $8.5500 | -$6,745.9500 | | $0.0000 | -$6,745.95 |
| 03/23/2016 | 100 | $8.5500 | -$855.0000 | | $0.0000 | -$855.00 |
| 03/23/2016 | 1,000 | $8.4500 | -$8,450.0000 | | $0.0000 | -$8,450.00 |
| 03/23/2016 | 1,000 | $8.4400 | -$8,440.0000 | | $0.0000 | -$8,440.00 |
| 03/23/2016 | 1,000 | $8.1000 | -$8,100.0000 | | $0.0000 | -$8,100.00 |
| 03/24/2016 | 300 | $8.1900 | -$2,457.0000 | | $0.0000 | -$2,457.00 |
| 03/24/2016 | 300 | $8.1900 | -$2,457.0000 | | $0.0000 | -$2,457.00 |
| 03/24/2016 | 300 | $8.1800 | -$2,454.0000 | | $0.0000 | -$2,454.00 |
| 03/24/2016 | 100 | $8.1700 | -$817.0000 | | $0.0000 | -$817.00 |
| 03/29/2016 | -3,000 | | $0.0000 | $8.6700 | $26,010.0000 | $26,010.00 |
| 04/01/2016 | -3,000 | | $0.0000 | $8.7200 | $26,160.0000 | $26,160.00 |
| 04/04/2016 | 2,600 | $8.3000 | -$21,580.0000 | | $0.0000 | -$21,580.00 |
| 04/04/2016 | 400 | $8.3000 | -$3,320.0000 | | $0.0000 | -$3,320.00 |
| 04/08/2016 | -3,000 | | $0.0000 | $8.9400 | $26,820.0000 | $26,820.00 |
| 04/13/2016 | 2,000 | $9.1900 | -$18,380.0000 | | $0.0000 | -$18,380.00 |
| 04/13/2016 | -2,000 | | $0.0000 | $9.6800 | $19,360.0000 | $19,360.00 |
| 04/14/2016 | 2,000 | $9.3600 | -$18,720.0000 | | $0.0000 | -$18,720.00 |
| 04/15/2016 | 1,000 | $9.3500 | -$9,350.0000 | | $0.0000 | -$9,350.00 |
| 04/15/2016 | -1,000 | | $0.0000 | $9.3800 | $9,380.0000 | $9,380.00 |
| 04/18/2016 | -2,000 | | $0.0000 | $9.6100 | $19,220.0000 | $19,220.00 |
| 04/19/2016 | 1,500 | $9.2200 | -$13,830.0000 | | $0.0000 | -$13,830.00 |
| 04/19/2016 | 1,000 | $9.2600 | -$9,260.0000 | | $0.0000 | -$9,260.00 |
| 04/19/2016 | -2,500 | | $0.0000 | $9.4400 | $23,600.0000 | $23,600.00 |
| 06/17/2016 | 3,000 | $7.5000 | -$22,500.0000 | | $0.0000 | -$22,500.00 |
| 06/20/2016 | -3,000 | | $0.0000 | $7.7700 | $23,310.0000 | $23,310.00 |
| 07/06/2016 | 2,000 | $7.5700 | -$15,140.0000 | | $0.0000 | -$15,140.00 |
| 07/06/2016 | 1,000 | $7.5700 | -$7,570.0000 | | $0.0000 | -$7,570.00 |
| 07/07/2016 | 1,000 | $7.8200 | -$7,820.0000 | | $0.0000 | -$7,820.00 |
| 07/07/2016 | 1,000 | $7.8800 | -$7,880.0000 | | $0.0000 | -$7,880.00 |
| 07/08/2016 | -2,000 | | $0.0000 | $8.2500 | $16,500.0000 | $16,500.00 |
| 07/08/2016 | -600 | | $0.0000 | $8.3700 | $5,022.0000 | $5,022.00 |
| 07/08/2016 | -2,400 | | $0.0000 | $8.3700 | $20,088.0000 | $20,088.00 |
| 07/22/2016 | 2,000 | $8.9400 | -$17,880.0000 | | $0.0000 | -$17,880.00 |
| 07/22/2016 | -2,000 | | $0.0000 | $9.0800 | $18,160.0000 | $18,160.00 |
| 08/02/2016 | 4,400 | $9.3300 | -$41,052.0000 | | $0.0000 | -$41,052.00 |
| 08/02/2016 | 600 | $9.3300 | -$5,598.0000 | | $0.0000 | -$5,598.00 |
| 08/02/2016 | 2,000 | $9.1900 | -$18,380.0000 | $9.1900 | $0.0000 | -$18,380.00 |
| 08/02/2016 | -2,000 | | $0.0000 | $9.2700 | $18,540.0000 | $18,540.00 |
| 08/03/2016 | -5,000 | | $0.0000 | $9.4000 | $47,000.0000 | $47,000.00 |
| 08/15/2016 | -400 | | $0.0000 | $10.4600 | $4,184.0000 | $4,184.00 |
| 08/15/2016 | -300 | | $0.0000 | $10.4500 | $3,135.0000 | $3,135.00 |
| 08/15/2016 | -1,300 | | $0.0000 | $10.4400 | $13,572.0000 | $13,572.00 |
| 08/17/2016 | 2,000 | $10.1000 | -$20,200.0000 | | $0.0000 | -$20,200.00 |
| 08/23/2016 | -207 | | $0.0000 | $10.6400 | $2,202.4800 | $2,202.48 |
| 08/23/2016 | -500 | | $0.0000 | $10.6300 | $5,315.0000 | $5,315.00 |
| 08/23/2016 | -893 | | $0.0000 | $10.6100 | $9,474.7300 | $9,474.73 |
| 08/23/2016 | -400 | | $0.0000 | $10.6000 | $4,240.0000 | $4,240.00 |
| 08/23/2016 | -2,000 | | $0.0000 | $10.8000 | $21,600.0000 | $21,600.00 |
| 08/26/2016 | 3,244 | $10.5300 | -$34,159.3200 | | $0.0000 | -$34,159.32 |
| 08/26/2016 | 756 | $10.5300 | -$7,960.6800 | | $0.0000 | -$7,960.68 |
| 08/29/2016 | -5,000 | | $0.0000 | $10.8300 | $54,150.0000 | $54,150.00 |
| 08/30/2016 | -100 | | $0.0000 | $11.1700 | $1,117.0000 | $1,117.00 |
| 08/30/2016 | -1,900 | | $0.0000 | $11.1700 | $21,223.0000 | $21,223.00 |
| 08/30/2016 | 2,000 | $11.2500 | -$22,500.0000 | | $0.0000 | -$22,500.00 |
| 09/01/2016 | -500 | | $0.0000 | $11.0500 | $5,525.0000 | $5,525.00 |
| 09/01/2016 | -900 | | $0.0000 | $11.0400 | $9,936.0000 | $9,936.00 |
| 09/01/2016 | -600 | | $0.0000 | $11.0300 | $6,618.0000 | $6,618.00 |
| 09/02/2016 | -400 | | $0.0000 | $11.5400 | $4,616.0000 | $4,616.00 |
| 09/02/2016 | -600 | | $0.0000 | $11.5300 | $6,918.0000 | $6,918.00 |
| 09/02/2016 | -1,000 | | $0.0000 | $11.5200 | $11,520.0000 | $11,520.00 |
| 09/09/2016 | 2,000 | $11.9100 | -$23,820.0000 | | $0.0000 | -$23,820.00 |
| 09/09/2016 | 1,600 | $11.7600 | -$18,816.0000 | | $0.0000 | -$18,816.00 |
| 09/09/2016 | 400 | $11.7600 | -$4,704.0000 | | $0.0000 | -$4,704.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/09/2016 | 3,600 | $11.4700 | -$41,292.0000 | | $0.0000 | -$41,292.00 |
| 09/09/2016 | 900 | $11.4500 | -$10,305.0000 | | $0.0000 | -$10,305.00 |
| 09/09/2016 | 500 | $11.4500 | -$5,725.0000 | | $0.0000 | -$5,725.00 |
| 09/09/2016 | -2,000 | | $0.0000 | $11.3300 | $22,660.0000 | $22,660.00 |
| 09/09/2016 | -1,000 | | $0.0000 | $11.4200 | $11,420.0000 | $11,420.00 |
| 09/12/2016 | -2,000 | | $0.0000 | $11.4700 | $22,940.0000 | $22,940.00 |
| 09/16/2016 | 4,800 | $11.0900 | -$53,232.0000 | | $0.0000 | -$53,232.00 |
| 09/16/2016 | 200 | $11.0900 | -$2,218.0000 | | $0.0000 | -$2,218.00 |
| 09/28/2016 | -1,200 | | $0.0000 | $11.8100 | $14,172.0000 | $14,172.00 |
| 09/28/2016 | -1,800 | | $0.0000 | $11.8000 | $21,240.0000 | $21,240.00 |
| 10/04/2016 | 2,196 | $11.5500 | -$25,363.8000 | | $0.0000 | -$25,363.80 |
| 10/04/2016 | 804 | $11.5500 | -$9,286.2000 | | $0.0000 | -$9,286.20 |
| 10/05/2016 | -600 | | $0.0000 | $11.7800 | $7,068.0000 | $7,068.00 |
| 10/05/2016 | -400 | | $0.0000 | $11.7700 | $4,708.0000 | $4,708.00 |
| 10/05/2016 | -2,000 | | $0.0000 | $11.7600 | $23,520.0000 | $23,520.00 |
| 10/07/2016 | 3,000 | $11.8300 | -$35,490.0000 | | $0.0000 | -$35,490.00 |
| 03/10/2017 | 1,500 | $11.9600 | -$17,940.0000 | | $0.0000 | -$17,940.00 |
| 03/10/2017 | 500 | $11.9600 | -$5,980.0000 | | $0.0000 | -$5,980.00 |
| 03/13/2017 | 1,000 | $11.9200 | -$11,920.0000 | | $0.0000 | -$11,920.00 |
| 03/13/2017 | 400 | $11.8200 | -$4,728.0000 | | $0.0000 | -$4,728.00 |
| 03/13/2017 | 600 | $11.8200 | -$7,092.0000 | | $0.0000 | -$7,092.00 |
| 03/16/2017 | -4,000 | | $0.0000 | $12.5000 | $50,000.0000 | $50,000.00 |
| 03/16/2017 | 3,000 | $12.3000 | -$36,900.0000 | | $0.0000 | -$36,900.00 |
| 03/17/2017 | 2,000 | $12.2600 | -$24,520.0000 | | $0.0000 | -$24,520.00 |
| 03/21/2017 | 600 | $11.5100 | -$6,906.0000 | | $0.0000 | -$6,906.00 |
| 03/21/2017 | 1,400 | $11.5100 | -$16,114.0000 | | $0.0000 | -$16,114.00 |
| 03/22/2017 | 2,000 | $11.3100 | -$22,620.0000 | | $0.0000 | -$22,620.00 |
| 03/28/2017 | -3,000 | | $0.0000 | $12.0300 | $36,090.0000 | $36,090.00 |
| 03/29/2017 | -6,000 | | $0.0000 | $12.1400 | $72,840.0000 | $72,840.00 |
| 04/03/2017 | 2,000 | $11.9100 | -$23,820.0000 | | $0.0000 | -$23,820.00 |
| 04/03/2017 | 1,000 | $11.9100 | -$11,910.0000 | | $0.0000 | -$11,910.00 |
| 04/04/2017 | 2,000 | $11.8700 | -$23,740.0000 | | $0.0000 | -$23,740.00 |
| 04/04/2017 | 2,000 | $11.7100 | -$23,420.0000 | | $0.0000 | -$23,420.00 |
| 04/05/2017 | 2,000 | $11.6000 | -$23,200.0000 | | $0.0000 | -$23,200.00 |
| 04/10/2017 | -3,000 | | $0.0000 | $12.0600 | $36,180.0000 | $36,180.00 |
| 04/11/2017 | 3,000 | $12.0200 | -$36,060.0000 | | $0.0000 | -$36,060.00 |
| 04/12/2017 | 2,000 | $11.8000 | -$23,600.0000 | | $0.0000 | -$23,600.00 |
| 04/18/2017 | -2,000 | | $0.0000 | $12.3500 | $24,700.0000 | $24,700.00 |
| 04/18/2017 | -3,000 | | $0.0000 | $12.4300 | $37,290.0000 | $37,290.00 |
| 04/18/2017 | -2,000 | | $0.0000 | $12.4800 | $24,960.0000 | $24,960.00 |
| 04/18/2017 | -4,000 | | $0.0000 | $12.5700 | $50,280.0000 | $50,280.00 |
| 04/20/2017 | 1,000 | $12.2400 | -$12,240.0000 | | $0.0000 | -$12,240.00 |
| 04/21/2017 | -1,000 | | $0.0000 | $12.3700 | $12,370.0000 | $12,370.00 |
| 04/24/2017 | 3,000 | $12.4200 | -$37,260.0000 | | $0.0000 | -$37,260.00 |
| 04/25/2017 | 2,000 | $12.1000 | -$24,200.0000 | | $0.0000 | -$24,200.00 |
| 04/25/2017 | 2,000 | $12.0700 | -$24,140.0000 | | $0.0000 | -$24,140.00 |
| 04/26/2017 | -6,000 | | $0.0000 | $12.7000 | $76,200.0000 | $76,200.00 |
| 04/26/2017 | -1,000 | | $0.0000 | $12.7500 | $12,750.0000 | $12,750.00 |
| 04/28/2017 | 900 | $12.5000 | -$11,250.0000 | | $0.0000 | -$11,250.00 |
| 04/28/2017 | 1,100 | $12.5000 | -$13,750.0000 | | $0.0000 | -$13,750.00 |
| 04/28/2017 | -2,000 | | $0.0000 | $12.4700 | $24,940.0000 | $24,940.00 |
| 05/02/2017 | 2,000 | $12.1000 | -$24,200.0000 | | $0.0000 | -$24,200.00 |
| 05/02/2017 | 2,900 | $11.9300 | -$34,597.0000 | | $0.0000 | -$34,597.00 |
| 05/02/2017 | 100 | $11.9200 | -$1,192.0000 | | $0.0000 | -$1,192.00 |
| 05/02/2017 | 1,000 | $11.9900 | -$11,990.0000 | | $0.0000 | -$11,990.00 |
| 05/04/2017 | -6,000 | | $0.0000 | $12.7500 | $76,500.0000 | $76,500.00 |
| 05/05/2017 | 2,000 | $12.9000 | -$25,800.0000 | | $0.0000 | -$25,800.00 |
| 05/05/2017 | 1,394 | $12.8200 | -$17,871.0800 | | $0.0000 | -$17,871.08 |
| 05/05/2017 | 1,061 | $12.8200 | -$13,602.0200 | | $0.0000 | -$13,602.02 |
| 05/05/2017 | 545 | $12.8100 | -$6,981.4500 | | $0.0000 | -$6,981.45 |
| 05/05/2017 | -100 | | $0.0000 | $12.9100 | $1,291.0000 | $1,291.00 |
| 05/05/2017 | -288 | | $0.0000 | $12.9000 | $3,715.2000 | $3,715.20 |
| 05/05/2017 | -300 | | $0.0000 | $12.9000 | $3,870.0000 | $3,870.00 |
| 05/05/2017 | -200 | | $0.0000 | $12.9000 | $2,580.0000 | $2,580.00 |
| 05/05/2017 | -112 | | $0.0000 | $12.9000 | $1,444.8000 | $1,444.80 |
| 05/05/2017 | -200 | | $0.0000 | $13.1000 | $2,620.0000 | $2,620.00 |
| 05/05/2017 | -2,500 | | $0.0000 | $13.0900 | $32,725.0000 | $32,725.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 05/05/2017 | -1,300 | | $0.0000 | $13.0800 | $17,004.0000 | $17,004.00 |
| 05/09/2017 | -300 | | $0.0000 | $14.0000 | $4,200.0000 | $4,200.00 |
| 05/09/2017 | -2,700 | | $0.0000 | $14.0000 | $37,800.0000 | $37,800.00 |
| 05/09/2017 | -2,000 | | $0.0000 | $14.0000 | $28,000.0000 | $28,000.00 |
| 05/09/2017 | -2,000 | | $0.0000 | $14.3400 | $28,680.0000 | $28,680.00 |
| 05/11/2017 | -2,000 | | $0.0000 | $14.8400 | $29,680.0000 | $29,680.00 |
| 05/17/2017 | 2,000 | $14.6200 | -$29,240.0000 | | $0.0000 | -$29,240.00 |
| 05/17/2017 | -3,917 | | $0.0000 | $14.7100 | $57,619.0700 | $57,619.07 |
| 05/17/2017 | -83 | | $0.0000 | $14.7000 | $1,220.1000 | $1,220.10 |
| 05/17/2017 | 4,000 | $14.7200 | -$58,880.0000 | | $0.0000 | -$58,880.00 |
| 05/17/2017 | 300 | $14.7400 | -$4,422.0000 | | $0.0000 | -$4,422.00 |
| 05/17/2017 | 1,700 | $14.7400 | -$25,058.0000 | | $0.0000 | -$25,058.00 |
| 05/17/2017 | -4,000 | | $0.0000 | $14.5600 | $58,240.0000 | $58,240.00 |
| 05/17/2017 | 3,900 | $14.7200 | -$57,408.0000 | | $0.0000 | -$57,408.00 |
| 05/17/2017 | 100 | $14.7200 | -$1,472.0000 | | $0.0000 | -$1,472.00 |
| 05/18/2017 | -100 | | $0.0000 | $14.6800 | $1,468.0000 | $1,468.00 |
| 05/18/2017 | -426 | | $0.0000 | $14.6700 | $6,249.4200 | $6,249.42 |
| 05/18/2017 | -700 | | $0.0000 | $14.6600 | $10,262.0000 | $10,262.00 |
| 05/18/2017 | -1,774 | | $0.0000 | $14.6500 | $25,989.1000 | $25,989.10 |
| 05/18/2017 | -2,000 | | $0.0000 | $14.7100 | $29,420.0000 | $29,420.00 |
| 05/22/2017 | 3,000 | $14.7200 | -$44,160.0000 | | $0.0000 | -$44,160.00 |
| 05/23/2017 | -2,000 | | $0.0000 | $14.7600 | $29,520.0000 | $29,520.00 |
| 05/23/2017 | 4,000 | $14.3200 | -$57,280.0000 | | $0.0000 | -$57,280.00 |
| 05/23/2017 | 80 | $14.2100 | -$1,136.8000 | | $0.0000 | -$1,136.80 |
| 05/23/2017 | 1,620 | $14.1900 | -$22,987.8000 | | $0.0000 | -$22,987.80 |
| 05/23/2017 | 3,200 | $14.1900 | -$45,408.0000 | | $0.0000 | -$45,408.00 |
| 05/23/2017 | 100 | $14.1900 | -$1,419.0000 | | $0.0000 | -$1,419.00 |
| 05/26/2017 | 3,000 | $13.5300 | -$40,590.0000 | | $0.0000 | -$40,590.00 |
| 05/31/2017 | 2,000 | $11.9900 | -$23,980.0000 | | $0.0000 | -$23,980.00 |
| 05/31/2017 | 1,500 | $12.1000 | -$18,150.0000 | | $0.0000 | -$18,150.00 |
| 06/02/2017 | -1,500 | | $0.0000 | $12.4000 | $18,600.0000 | $18,600.00 |
| 06/02/2017 | -2,000 | | $0.0000 | $12.5100 | $25,020.0000 | $25,020.00 |
| 06/02/2017 | -1,000 | | $0.0000 | $12.5100 | $12,510.0000 | $12,510.00 |
| 06/02/2017 | -100 | | $0.0000 | $12.5700 | $1,257.0000 | $1,257.00 |
| 06/02/2017 | -1,900 | | $0.0000 | $12.5700 | $23,883.0000 | $23,883.00 |
| 06/06/2017 | 2,000 | $12.0400 | -$24,080.0000 | | $0.0000 | -$24,080.00 |
| 06/07/2017 | -2,000 | | $0.0000 | $12.4300 | $24,860.0000 | $24,860.00 |
| 06/07/2017 | 3,000 | $12.2300 | -$36,690.0000 | | $0.0000 | -$36,690.00 |
| 06/08/2017 | -2,661 | | $0.0000 | $12.1200 | $32,251.3200 | $32,251.32 |
| 06/08/2017 | -339 | | $0.0000 | $12.1200 | $4,108.6800 | $4,108.68 |
| 10/03/2017 | -2,000 | | $0.0000 | $19.3500 | $38,700.0000 | $38,700.00 |
| 10/03/2017 | -1,000 | | $0.0000 | $19.4800 | $19,480.0000 | $19,480.00 |
| 10/10/2017 | -300 | | $0.0000 | $19.1900 | $5,757.0000 | $5,757.00 |
| 10/10/2017 | -1,700 | | $0.0000 | $19.1700 | $32,589.0000 | $32,589.00 |
| 10/11/2017 | -2,000 | | $0.0000 | $19.3600 | $38,720.0000 | $38,720.00 |
| 10/13/2017 | -1,000 | | $0.0000 | $19.4000 | $19,400.0000 | $19,400.00 |
| 10/18/2017 | 1,332 | $19.5200 | -$26,000.6400 | | $0.0000 | -$26,000.64 |
| 10/18/2017 | 568 | $19.5200 | -$11,087.3600 | | $0.0000 | -$11,087.36 |
| 10/18/2017 | 100 | $19.5100 | -$1,951.0000 | | $0.0000 | -$1,951.00 |
| 10/18/2017 | 1,200 | $19.5900 | -$23,508.0000 | | $0.0000 | -$23,508.00 |
| 10/18/2017 | 800 | $19.5900 | -$15,672.0000 | | $0.0000 | -$15,672.00 |
| 10/19/2017 | 4,000 | $19.3500 | -$77,400.0000 | | $0.0000 | -$77,400.00 |
| 10/19/2017 | -100 | | $0.0000 | $19.6100 | $1,961.0000 | $1,961.00 |
| 10/19/2017 | -2,900 | | $0.0000 | $19.6000 | $56,840.0000 | $56,840.00 |
| 10/19/2017 | -1,500 | | $0.0000 | $19.6200 | $29,430.0000 | $29,430.00 |
| 10/20/2017 | -2,000 | | $0.0000 | $19.8400 | $39,680.0000 | $39,680.00 |
| 10/26/2017 | 2,160 | $19.7500 | -$42,660.0000 | | $0.0000 | -$42,660.00 |
| 10/26/2017 | 340 | $19.7500 | -$6,715.0000 | | $0.0000 | -$6,715.00 |
| 10/26/2017 | 1,000 | $19.6200 | -$19,620.0000 | | $0.0000 | -$19,620.00 |
| 10/26/2017 | 3,000 | $19.4500 | -$58,350.0000 | | $0.0000 | -$58,350.00 |
| 10/27/2017 | -600 | | $0.0000 | $19.5600 | $11,736.0000 | $11,736.00 |
| 10/27/2017 | -1,400 | | $0.0000 | $19.5600 | $27,384.0000 | $27,384.00 |
| 10/27/2017 | -226 | | $0.0000 | $19.7700 | $4,468.0200 | $4,468.02 |
| 10/27/2017 | -262 | | $0.0000 | $19.7700 | $5,179.7400 | $5,179.74 |
| 10/27/2017 | -300 | | $0.0000 | $19.7600 | $5,928.0000 | $5,928.00 |
| 10/27/2017 | -300 | | $0.0000 | $19.7500 | $5,925.0000 | $5,925.00 |
| 10/27/2017 | -412 | | $0.0000 | $19.7500 | $8,137.0000 | $8,137.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/30/2017 | -2,000 | | $0.0000 | $19.8900 | $39,780.0000 | $39,780.00 |
| 11/02/2017 | -1,000 | | $0.0000 | $20.8500 | $20,850.0000 | $20,850.00 |
| 11/03/2017 | 500 | $20.7600 | -$10,380.0000 | | $0.0000 | -$10,380.00 |
| 11/06/2017 | -1,000 | | $0.0000 | $21.1400 | $21,140.0000 | $21,140.00 |
| 11/07/2017 | 100 | $20.7700 | -$2,077.0000 | | $0.0000 | -$2,077.00 |
| 11/07/2017 | 300 | $20.7700 | -$6,231.0000 | | $0.0000 | -$6,231.00 |
| 11/07/2017 | 600 | $20.7700 | -$12,462.0000 | | $0.0000 | -$12,462.00 |
| 11/08/2017 | -1,000 | | $0.0000 | $20.7500 | $20,750.0000 | $20,750.00 |
| 11/09/2017 | 1,000 | $20.5100 | -$20,510.0000 | | $0.0000 | -$20,510.00 |
| 11/09/2017 | -1,000 | | $0.0000 | $21.0000 | $21,000.0000 | $21,000.00 |
| 11/10/2017 | 1,000 | $20.7000 | -$20,700.0000 | | $0.0000 | -$20,700.00 |
| 11/14/2017 | 900 | $22.7000 | -$20,430.0000 | | $0.0000 | -$20,430.00 |
| 11/14/2017 | 100 | $22.6700 | -$2,267.0000 | | $0.0000 | -$2,267.00 |
| 11/15/2017 | 100 | $21.4500 | -$2,145.0000 | | $0.0000 | -$2,145.00 |
| 11/15/2017 | 211 | $21.4400 | -$4,523.8400 | | $0.0000 | -$4,523.84 |
| 11/15/2017 | 2,589 | $21.4300 | -$55,482.2700 | | $0.0000 | -$55,482.27 |
| 11/15/2017 | 100 | $21.4300 | -$2,143.0000 | | $0.0000 | -$2,143.00 |
| 11/15/2017 | 2,000 | $21.8500 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 11/15/2017 | 2,000 | $21.7300 | -$43,460.0000 | | $0.0000 | -$43,460.00 |
| 11/15/2017 | 1,000 | $21.4500 | -$21,450.0000 | | $0.0000 | -$21,450.00 |
| 11/16/2017 | 800 | $20.7900 | -$16,632.0000 | | $0.0000 | -$16,632.00 |
| 11/16/2017 | 800 | $20.7800 | -$16,624.0000 | | $0.0000 | -$16,624.00 |
| 11/16/2017 | 400 | $20.7600 | -$8,304.0000 | | $0.0000 | -$8,304.00 |
| 11/16/2017 | -2,000 | | $0.0000 | $21.2100 | $42,420.0000 | $42,420.00 |
| 11/16/2017 | 2,000 | $20.7000 | -$41,400.0000 | | $0.0000 | -$41,400.00 |
| 11/16/2017 | -1,000 | | $0.0000 | $20.5100 | $20,510.0000 | $20,510.00 |
| 11/16/2017 | -1,000 | | $0.0000 | $20.4700 | $20,470.0000 | $20,470.00 |
| 11/17/2017 | -1,000 | | $0.0000 | $20.7000 | $20,700.0000 | $20,700.00 |
| 11/20/2017 | -2,000 | | $0.0000 | $21.4000 | $42,800.0000 | $42,800.00 |
| 11/20/2017 | -2,500 | | $0.0000 | $21.5200 | $53,800.0000 | $53,800.00 |
| 11/27/2017 | 2,500 | $21.5600 | -$53,900.0000 | | $0.0000 | -$53,900.00 |
| 11/28/2017 | -2,000 | | $0.0000 | $21.8800 | $43,760.0000 | $43,760.00 |
| 11/29/2017 | 2,000 | $21.5000 | -$43,000.0000 | | $0.0000 | -$43,000.00 |
| 11/30/2017 | 900 | $20.9800 | -$18,882.0000 | | $0.0000 | -$18,882.00 |
| 11/30/2017 | 1,100 | $20.9800 | -$23,078.0000 | | $0.0000 | -$23,078.00 |
| 12/01/2017 | 1,000 | $21.0600 | -$21,060.0000 | | $0.0000 | -$21,060.00 |
| 12/01/2017 | 900 | $20.8100 | -$18,729.0000 | | $0.0000 | -$18,729.00 |
| 12/01/2017 | 100 | $20.7800 | -$2,078.0000 | | $0.0000 | -$2,078.00 |
| 12/01/2017 | -2,000 | | $0.0000 | $20.8400 | $41,680.0000 | $41,680.00 |
| 12/01/2017 | -2,000 | | $0.0000 | $20.9800 | $41,960.0000 | $41,960.00 |
| 12/01/2017 | 2,000 | $20.5500 | -$41,100.0000 | | $0.0000 | -$41,100.00 |
| 12/04/2017 | -2,000 | | $0.0000 | $20.7200 | $41,440.0000 | $41,440.00 |
| 12/06/2017 | 2,000 | $20.2600 | -$40,520.0000 | | $0.0000 | -$40,520.00 |
| 12/06/2017 | -1,200 | | $0.0000 | $19.9100 | $23,892.0000 | $23,892.00 |
| 12/06/2017 | -800 | | $0.0000 | $19.9000 | $15,920.0000 | $15,920.00 |
| 01/11/2018 | 989 | $19.8100 | -$19,592.0900 | | $0.0000 | -$19,592.09 |
| 01/11/2018 | 1,011 | $19.8100 | -$20,027.9100 | | $0.0000 | -$20,027.91 |
| 01/11/2018 | -2,000 | | $0.0000 | $20.4000 | $40,800.0000 | $40,800.00 |
| 03/01/2018 | 2,000 | $15.8900 | -$31,780.0000 | | $0.0000 | -$31,780.00 |
| 03/01/2018 | -2,000 | | $0.0000 | $16.0500 | $32,100.0000 | $32,100.00 |
| 03/02/2018 | 3,000 | $15.8200 | -$47,460.0000 | | $0.0000 | -$47,460.00 |
| 03/05/2018 | -3,000 | | $0.0000 | $16.3000 | $48,900.0000 | $48,900.00 |
| 03/06/2018 | 3,000 | $16.3400 | -$49,020.0000 | | $0.0000 | -$49,020.00 |
| 03/07/2018 | 1,000 | $16.4400 | -$16,440.0000 | | $0.0000 | -$16,440.00 |
| 03/08/2018 | 1,993 | $16.3500 | -$32,585.5500 | | $0.0000 | -$32,585.55 |
| 03/08/2018 | 7 | $16.3400 | -$114.3800 | | $0.0000 | -$114.38 |
| 03/13/2018 | -6,000 | | $0.0000 | $17.0800 | $102,480.0000 | $102,480.00 |
| 03/14/2018 | 500 | $16.6000 | -$8,300.0000 | | $0.0000 | -$8,300.00 |
| 03/14/2018 | 2,000 | $16.5700 | -$33,140.0000 | | $0.0000 | -$33,140.00 |
| 03/15/2018 | 2,000 | $16.0900 | -$32,180.0000 | | $0.0000 | -$32,180.00 |
| 03/16/2018 | 1,500 | $16.3200 | -$24,480.0000 | | $0.0000 | -$24,480.00 |
| 03/20/2018 | 1,000 | $16.2000 | -$16,200.0000 | | $0.0000 | -$16,200.00 |
| 03/21/2018 | -4,500 | | $0.0000 | $16.6500 | $74,925.0000 | $74,925.00 |
| 03/22/2018 | 2,500 | $16.4500 | -$41,125.0000 | | $0.0000 | -$41,125.00 |
| 03/22/2018 | 1,000 | $16.3100 | -$16,310.0000 | | $0.0000 | -$16,310.00 |
| 03/22/2018 | -3,000 | | $0.0000 | $16.7000 | $50,100.0000 | $50,100.00 |
| 03/23/2018 | -600 | | $0.0000 | $16.3700 | $9,822.0000 | $9,822.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 03/23/2018 | -2,300 | | $0.0000 | $16.3700 | $37,651.0000 | $37,651.00 |
| 03/23/2018 | -100 | | $0.0000 | $16.3600 | $1,636.0000 | $1,636.00 |
| 03/29/2018 | 1,800 | $15.8800 | -$28,584.0000 | | $0.0000 | -$28,584.00 |
| 03/29/2018 | 200 | $15.8800 | -$3,176.0000 | | $0.0000 | -$3,176.00 |
| 03/29/2018 | 1,000 | $15.9500 | -$15,950.0000 | | $0.0000 | -$15,950.00 |
| 04/04/2018 | -3,000 | | $0.0000 | $15.9500 | $47,850.0000 | $47,850.00 |
| 04/05/2018 | -1,000 | | $0.0000 | $17.0700 | $17,070.0000 | $17,070.00 |
| 04/05/2018 | -35 | | $0.0000 | $16.9900 | $594.6500 | $594.65 |
| 04/05/2018 | -965 | | $0.0000 | $16.9800 | $16,385.7000 | $16,385.70 |
| 04/05/2018 | -1,000 | | $0.0000 | $17.3000 | $17,300.0000 | $17,300.00 |
| 04/06/2018 | 3,000 | $16.7000 | -$50,100.0000 | | $0.0000 | -$50,100.00 |
| 04/10/2018 | -2,000 | | $0.0000 | $16.3900 | $32,780.0000 | $32,780.00 |
| 04/10/2018 | -1,000 | | $0.0000 | $16.5200 | $16,520.0000 | $16,520.00 |
| 04/11/2018 | 2,000 | $16.3700 | -$32,740.0000 | | $0.0000 | -$32,740.00 |
| 04/11/2018 | 200 | $16.3600 | -$3,272.0000 | | $0.0000 | -$3,272.00 |
| 04/11/2018 | 400 | $16.3600 | -$6,544.0000 | | $0.0000 | -$6,544.00 |
| 04/11/2018 | 100 | $16.3600 | -$1,636.0000 | | $0.0000 | -$1,636.00 |
| 04/11/2018 | 300 | $16.3400 | -$4,902.0000 | | $0.0000 | -$4,902.00 |
| 04/23/2018 | 2,500 | $14.9600 | -$37,400.0000 | | $0.0000 | -$37,400.00 |
| 04/23/2018 | 500 | $14.9000 | -$7,450.0000 | | $0.0000 | -$7,450.00 |
| 04/24/2018 | 1,000 | $15.0700 | -$15,070.0000 | | $0.0000 | -$15,070.00 |
| 04/24/2018 | 1,000 | $14.8200 | -$14,820.0000 | | $0.0000 | -$14,820.00 |
| 04/26/2018 | 1,000 | $14.7700 | -$14,770.0000 | | $0.0000 | -$14,770.00 |
| 04/27/2018 | 900 | $15.2400 | -$13,716.0000 | | $0.0000 | -$13,716.00 |
| 04/27/2018 | 100 | $15.2300 | -$1,523.0000 | | $0.0000 | -$1,523.00 |
| 04/27/2018 | 1,000 | $15.1800 | -$15,180.0000 | | $0.0000 | -$15,180.00 |
| 04/30/2018 | 1,000 | $15.1300 | -$15,130.0000 | | $0.0000 | -$15,130.00 |
| 05/02/2018 | -500 | | $0.0000 | $15.4900 | $7,745.0000 | $7,745.00 |
| 05/02/2018 | -4,630 | | $0.0000 | $15.4900 | $71,718.7000 | $71,718.70 |
| 05/02/2018 | -870 | | $0.0000 | $15.4900 | $13,476.3000 | $13,476.30 |
| 05/02/2018 | -3,000 | | $0.0000 | $15.5500 | $46,650.0000 | $46,650.00 |
| 05/03/2018 | 1,000 | $16.0800 | -$16,080.0000 | | $0.0000 | -$16,080.00 |
| 05/03/2018 | 1,000 | $16.0300 | -$16,030.0000 | | $0.0000 | -$16,030.00 |
| 05/03/2018 | 700 | $16.1800 | -$11,326.0000 | | $0.0000 | -$11,326.00 |
| 05/03/2018 | 300 | $16.1800 | -$4,854.0000 | | $0.0000 | -$4,854.00 |
| 05/03/2018 | 3,000 | $15.8500 | -$47,550.0000 | | $0.0000 | -$47,550.00 |
| 05/07/2018 | -3,000 | | $0.0000 | $16.3500 | $49,050.0000 | $49,050.00 |
| 05/07/2018 | -100 | | $0.0000 | $16.4100 | $1,641.0000 | $1,641.00 |
| 05/07/2018 | -100 | | $0.0000 | $16.4000 | $1,640.0000 | $1,640.00 |
| 05/07/2018 | -1,600 | | $0.0000 | $16.4000 | $26,240.0000 | $26,240.00 |
| 05/07/2018 | -600 | | $0.0000 | $16.4000 | $9,840.0000 | $9,840.00 |
| 05/07/2018 | -400 | | $0.0000 | $16.3900 | $6,556.0000 | $6,556.00 |
| 05/07/2018 | -200 | | $0.0000 | $16.3800 | $3,276.0000 | $3,276.00 |
| 05/08/2018 | 2,000 | $15.9000 | -$31,800.0000 | | $0.0000 | -$31,800.00 |
| 05/08/2018 | 1,600 | $15.9200 | -$25,472.0000 | | $0.0000 | -$25,472.00 |
| 05/08/2018 | 400 | $15.9200 | -$6,368.0000 | | $0.0000 | -$6,368.00 |
| 05/14/2018 | 1,000 | $15.3200 | -$15,320.0000 | | $0.0000 | -$15,320.00 |
| 05/15/2018 | 1,000 | $14.5400 | -$14,540.0000 | | $0.0000 | -$14,540.00 |
| 05/15/2018 | 1,000 | $14.3800 | -$14,380.0000 | | $0.0000 | -$14,380.00 |
| 05/16/2018 | 200 | $14.2800 | -$2,856.0000 | | $0.0000 | -$2,856.00 |
| 05/16/2018 | 600 | $14.2800 | -$8,568.0000 | | $0.0000 | -$8,568.00 |
| 05/16/2018 | 200 | $14.2700 | -$2,854.0000 | | $0.0000 | -$2,854.00 |
| 05/22/2018 | 1,000 | $14.9100 | -$14,910.0000 | | $0.0000 | -$14,910.00 |
| 05/25/2018 | -2,000 | | $0.0000 | $15.6300 | $31,260.0000 | $31,260.00 |
| 05/25/2018 | -200 | | $0.0000 | $15.6500 | $3,130.0000 | $3,130.00 |
| 05/25/2018 | -1,800 | | $0.0000 | $15.6400 | $28,152.0000 | $28,152.00 |
| 05/29/2018 | 1,400 | $15.5400 | -$21,756.0000 | | $0.0000 | -$21,756.00 |
| 05/29/2018 | 600 | $15.5400 | -$9,324.0000 | | $0.0000 | -$9,324.00 |
| 05/30/2018 | 2,000 | $15.5600 | -$31,120.0000 | | $0.0000 | -$31,120.00 |
| 06/07/2018 | -700 | | $0.0000 | $15.6300 | $10,941.0000 | $10,941.00 |
| 06/07/2018 | -400 | | $0.0000 | $15.6300 | $6,252.0000 | $6,252.00 |
| 06/07/2018 | -200 | | $0.0000 | $15.6200 | $3,124.0000 | $3,124.00 |
| 06/07/2018 | -100 | | $0.0000 | $15.6100 | $1,561.0000 | $1,561.00 |
| 06/07/2018 | -2,500 | | $0.0000 | $15.6100 | $39,025.0000 | $39,025.00 |
| 06/07/2018 | -100 | | $0.0000 | $15.6000 | $1,560.0000 | $1,560.00 |
| 06/08/2018 | 4,000 | $15.4900 | -$61,960.0000 | | $0.0000 | -$61,960.00 |
| 06/08/2018 | -2,000 | | $0.0000 | $15.9000 | $31,800.0000 | $31,800.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 06/11/2018 | 2,000 | $15.6400 | -$31,280.0000 | | $0.0000 | -$31,280.00 |
| 06/13/2018 | 2,000 | $15.6000 | -$31,200.0000 | | $0.0000 | -$31,200.00 |
| 07/10/2018 | -3,000 | | $0.0000 | $15.3500 | $46,050.0000 | $46,050.00 |
| 07/10/2018 | -2,000 | | $0.0000 | $15.3500 | $30,700.0000 | $30,700.00 |
| 07/10/2018 | -5,000 | | $0.0000 | $15.4500 | $77,250.0000 | $77,250.00 |
| 07/11/2018 | -228 | | $0.0000 | $15.7000 | $3,579.6000 | $3,579.60 |
| 07/11/2018 | -772 | | $0.0000 | $15.7000 | $12,120.4000 | $12,120.40 |
| 07/11/2018 | -10 | | $0.0000 | $15.9100 | $159.1000 | $159.10 |
| 07/11/2018 | -2,200 | | $0.0000 | $15.9000 | $34,980.0000 | $34,980.00 |
| 07/11/2018 | -790 | | $0.0000 | $15.9000 | $12,561.0000 | $12,561.00 |
| 07/11/2018 | -400 | | $0.0000 | $16.0400 | $6,416.0000 | $6,416.00 |
| 07/11/2018 | -1,100 | | $0.0000 | $16.0300 | $17,633.0000 | $17,633.00 |
| 07/12/2018 | 2,796 | $15.7500 | -$44,037.0000 | | $0.0000 | -$44,037.00 |
| 07/12/2018 | 200 | $15.7500 | -$3,150.0000 | | $0.0000 | -$3,150.00 |
| 07/12/2018 | 1,154 | $15.7400 | -$18,163.9600 | | $0.0000 | -$18,163.96 |
| 07/12/2018 | 350 | $15.7400 | -$5,509.0000 | | $0.0000 | -$5,509.00 |
| 07/12/2018 | 2,000 | $15.5000 | -$31,000.0000 | | $0.0000 | -$31,000.00 |
| 07/12/2018 | 1,000 | $15.4000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 07/12/2018 | -3,000 | | $0.0000 | $15.7000 | $47,100.0000 | $47,100.00 |
| 07/13/2018 | 2,500 | $15.4700 | -$38,675.0000 | | $0.0000 | -$38,675.00 |
| 07/13/2018 | 2,500 | $15.4200 | -$38,550.0000 | | $0.0000 | -$38,550.00 |
| 07/13/2018 | -2,000 | | $0.0000 | $15.5800 | $31,160.0000 | $31,160.00 |
| 07/16/2018 | 2,000 | $15.3500 | -$30,700.0000 | | $0.0000 | -$30,700.00 |
| 07/16/2018 | 2,000 | $15.2500 | -$30,500.0000 | | $0.0000 | -$30,500.00 |
| 07/16/2018 | 2,000 | $15.1500 | -$30,300.0000 | | $0.0000 | -$30,300.00 |
| 07/16/2018 | -100 | | $0.0000 | $15.2600 | $1,526.0000 | $1,526.00 |
| 07/16/2018 | -900 | | $0.0000 | $15.2500 | $13,725.0000 | $13,725.00 |
| 07/18/2018 | 1,000 | $15.4000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 07/19/2018 | -2,000 | | $0.0000 | $15.7200 | $31,440.0000 | $31,440.00 |
| 07/19/2018 | 400 | $15.5900 | -$6,236.0000 | | $0.0000 | -$6,236.00 |
| 07/19/2018 | 1,600 | $15.5900 | -$24,944.0000 | | $0.0000 | -$24,944.00 |
| 08/21/2018 | 1,700 | $13.4200 | -$22,814.0000 | | $0.0000 | -$22,814.00 |
| 08/21/2018 | 300 | $13.4100 | -$4,023.0000 | | $0.0000 | -$4,023.00 |
| 08/21/2018 | 2,000 | $13.3500 | -$26,700.0000 | | $0.0000 | -$26,700.00 |
| 08/21/2018 | 1,500 | $13.2700 | -$19,905.0000 | | $0.0000 | -$19,905.00 |
| 09/19/2018 | 200 | $12.0900 | -$2,418.0000 | | $0.0000 | -$2,418.00 |
| 09/19/2018 | 300 | $12.0900 | -$3,627.0000 | | $0.0000 | -$3,627.00 |
| 09/19/2018 | 100 | $12.0800 | -$1,208.0000 | | $0.0000 | -$1,208.00 |
| 09/19/2018 | 1,400 | $12.0800 | -$16,912.0000 | | $0.0000 | -$16,912.00 |
| 10/31/2018 | -1,413 | | $0.0000 | $8.8200 | $12,462.6600 | $12,462.66 |
| 11/01/2018 | -900 | | $0.0000 | $9.2300 | $8,307.0000 | $8,307.00 |
| 11/01/2018 | -100 | | $0.0000 | $9.2200 | $922.0000 | $922.00 |
| 11/01/2018 | -100 | | $0.0000 | $9.2300 | $923.0000 | $923.00 |
| 11/01/2018 | -1,000 | | $0.0000 | $9.2200 | $9,220.0000 | $9,220.00 |
| 11/01/2018 | -100 | | $0.0000 | $9.2200 | $922.0000 | $922.00 |
| 11/01/2018 | -100 | | $0.0000 | $9.2100 | $921.0000 | $921.00 |
| 11/01/2018 | -100 | | $0.0000 | $9.2100 | $921.0000 | $921.00 |
| 11/01/2018 | -200 | | $0.0000 | $9.2100 | $1,842.0000 | $1,842.00 |
| 11/01/2018 | -300 | | $0.0000 | $9.2100 | $2,763.0000 | $2,763.00 |
| 11/01/2018 | -1,300 | | $0.0000 | $9.2100 | $11,973.0000 | $11,973.00 |
| 11/13/2018 | -1,887 | | $0.0000 | $10.2000 | $19,247.4000 | $19,247.40 |
| 11/13/2018 | -2,000 | | $0.0000 | $11.0700 | $22,140.0000 | $22,140.00 |
| 11/13/2018 | -1,000 | | $0.0000 | $10.9100 | $10,910.0000 | $10,910.00 |
| 11/23/2018 | -900 | | $0.0000 | $10.7300 | $9,657.0000 | $9,657.00 |
| 11/23/2018 | -200 | | $0.0000 | $10.7200 | $2,144.0000 | $2,144.00 |
| 11/23/2018 | -4,900 | | $0.0000 | $10.7200 | $52,528.0000 | $52,528.00 |
| 11/26/2018 | 3,000 | $10.4900 | -$31,470.0000 | | $0.0000 | -$31,470.00 |
| 11/26/2018 | 2,400 | $10.5000 | -$25,200.0000 | | $0.0000 | -$25,200.00 |
| 11/26/2018 | 300 | $10.4900 | -$3,147.0000 | | $0.0000 | -$3,147.00 |
| 11/26/2018 | 200 | $10.4800 | -$2,096.0000 | | $0.0000 | -$2,096.00 |
| 11/26/2018 | 100 | $10.4700 | -$1,047.0000 | | $0.0000 | -$1,047.00 |
| 11/27/2018 | -1,000 | | $0.0000 | $10.9700 | $10,970.0000 | $10,970.00 |
| 11/27/2018 | -4,241 | | $0.0000 | $10.9600 | $46,481.3600 | $46,481.36 |
| 11/27/2018 | -100 | | $0.0000 | $10.9600 | $1,096.0000 | $1,096.00 |
| 11/27/2018 | -659 | | $0.0000 | $10.9600 | $7,222.6400 | $7,222.64 |
| 11/28/2018 | 2,100 | $10.4100 | -$21,861.0000 | | $0.0000 | -$21,861.00 |
| 11/28/2018 | 800 | $10.4100 | -$8,328.0000 | | $0.0000 | -$8,328.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/28/2018 | 100 | $10.4000 | -$1,040.0000 | | $0.0000 | -$1,040.00 |
| 11/28/2018 | -204 | | $0.0000 | $10.8000 | $2,203.2000 | $2,203.20 |
| 11/28/2018 | -2,796 | | $0.0000 | $10.8000 | $30,196.8000 | $30,196.80 |
| 12/04/2018 | 139 | $11.1200 | -$1,545.6800 | | $0.0000 | -$1,545.68 |
| 12/04/2018 | 100 | $11.1000 | -$1,110.0000 | | $0.0000 | -$1,110.00 |
| 12/04/2018 | 2,761 | $11.1000 | -$30,647.1000 | | $0.0000 | -$30,647.10 |
| 12/06/2018 | -800 | | $0.0000 | $10.9700 | $8,776.0000 | $8,776.00 |
| 12/06/2018 | -2,200 | | $0.0000 | $10.9700 | $24,134.0000 | $24,134.00 |
| 12/24/2018 | 2,000 | $9.5800 | -$19,160.0000 | | $0.0000 | -$19,160.00 |
| 12/28/2018 | -2,000 | | $0.0000 | $9.8500 | $19,700.0000 | $19,700.00 |
| 12/31/2018 | 2,000 | $9.4900 | -$18,980.0000 | | $0.0000 | -$18,980.00 |
| 12/31/2018 | -200 | | $0.0000 | $9.4900 | $1,898.0000 | $1,898.00 |
| 12/31/2018 | -1,600 | | $0.0000 | $9.4800 | $15,168.0000 | $15,168.00 |
| 12/31/2018 | -200 | | $0.0000 | $9.4800 | $1,896.0000 | $1,896.00 |
| 01/03/2019 | 1,000 | $9.7900 | -$9,790.0000 | | $0.0000 | -$9,790.00 |
| 01/03/2019 | 500 | $9.7700 | -$4,885.0000 | | $0.0000 | -$4,885.00 |
| 01/03/2019 | 400 | $9.7500 | -$3,900.0000 | | $0.0000 | -$3,900.00 |
| 01/03/2019 | 3,100 | $9.7500 | -$30,225.0000 | | $0.0000 | -$30,225.00 |
| 01/03/2019 | -5,000 | | $0.0000 | $10.1000 | $50,500.0000 | $50,500.00 |
| 01/04/2019 | -700 | | $0.0000 | $10.4800 | $7,336.0000 | $7,336.00 |
| 01/04/2019 | -1,300 | | $0.0000 | $10.4600 | $13,598.0000 | $13,598.00 |
| 01/10/2019 | 2,000 | $11.8800 | -$23,760.0000 | | $0.0000 | -$23,760.00 |
| 01/29/2019 | 2,000 | $10.9400 | -$21,880.0000 | | $0.0000 | -$21,880.00 |
| 01/29/2019 | -1,305 | | $0.0000 | $11.3600 | $14,824.8000 | $14,824.80 |
| 01/29/2019 | -197 | | $0.0000 | $11.3600 | $2,237.9200 | $2,237.92 |
| 01/29/2019 | -498 | | $0.0000 | $11.3500 | $5,652.3000 | $5,652.30 |
| 01/30/2019 | -3,000 | | $0.0000 | $12.0200 | $36,060.0000 | $36,060.00 |
| 02/01/2019 | -1,000 | | $0.0000 | $12.7100 | $12,710.0000 | $12,710.00 |
| 02/01/2019 | -1,000 | | $0.0000 | $12.7400 | $12,740.0000 | $12,740.00 |
| 02/05/2019 | -2,000 | | $0.0000 | $12.6000 | $25,200.0000 | $25,200.00 |
| 02/05/2019 | 1,200 | $12.5300 | -$15,036.0000 | | $0.0000 | -$15,036.00 |
| 02/05/2019 | 100 | $12.5000 | -$1,250.0000 | | $0.0000 | -$1,250.00 |
| 02/05/2019 | 14 | $12.5000 | -$175.0000 | | $0.0000 | -$175.00 |
| 02/05/2019 | 286 | $12.5000 | -$3,575.0000 | | $0.0000 | -$3,575.00 |
| 02/05/2019 | 100 | $12.4900 | -$1,249.0000 | | $0.0000 | -$1,249.00 |
| 02/05/2019 | 300 | $12.4900 | -$3,747.0000 | | $0.0000 | -$3,747.00 |
| 02/05/2019 | -1,600 | | $0.0000 | $12.5800 | $20,128.0000 | $20,128.00 |
| 02/05/2019 | -200 | | $0.0000 | $12.5700 | $2,514.0000 | $2,514.00 |
| 02/05/2019 | -200 | | $0.0000 | $12.5500 | $2,510.0000 | $2,510.00 |
| 02/05/2019 | -1,000 | | $0.0000 | $12.7000 | $12,700.0000 | $12,700.00 |
| 02/05/2019 | 4,703 | $11.5500 | -$54,319.6500 | | $0.0000 | -$54,319.65 |
| 02/06/2019 | 3,297 | $12.1000 | -$39,893.7000 | | $0.0000 | -$39,893.70 |
| 02/12/2019 | -213 | | $0.0000 | $13.0700 | $2,783.9100 | $2,783.91 |
| 02/12/2019 | -1,517 | | $0.0000 | $13.0700 | $19,827.1900 | $19,827.19 |
| 02/12/2019 | -270 | | $0.0000 | $13.0600 | $3,526.2000 | $3,526.20 |
| 02/15/2019 | -1,000 | | $0.0000 | $12.8000 | $12,800.0000 | $12,800.00 |
| 02/19/2019 | -2,000 | | $0.0000 | $13.0900 | $26,180.0000 | $26,180.00 |
| 02/26/2019 | 2,100 | $12.5100 | -$26,271.0000 | | $0.0000 | -$26,271.00 |
| 02/26/2019 | 400 | $12.5100 | -$5,004.0000 | | $0.0000 | -$5,004.00 |
| 02/26/2019 | 2,500 | $12.5500 | -$31,375.0000 | | $0.0000 | -$31,375.00 |
| 02/26/2019 | -2,283 | | $0.0000 | $12.6000 | $28,765.8000 | $28,765.80 |
| 02/26/2019 | -217 | | $0.0000 | $12.6000 | $2,734.2000 | $2,734.20 |
| 02/27/2019 | 2,400 | $12.2500 | -$29,400.0000 | | $0.0000 | -$29,400.00 |
| 02/27/2019 | 100 | $12.2500 | -$1,225.0000 | | $0.0000 | -$1,225.00 |
| 02/28/2019 | -591 | | $0.0000 | $12.1000 | $7,151.1000 | $7,151.10 |
| 02/28/2019 | -2,400 | | $0.0000 | $12.1000 | $29,040.0000 | $29,040.00 |
| 02/28/2019 | -9 | | $0.0000 | $12.0900 | $108.8100 | $108.81 |
| 02/28/2019 | 769 | $12.2100 | -$9,389.4900 | | $0.0000 | -$9,389.49 |
| 02/28/2019 | 600 | $12.2000 | -$7,320.0000 | | $0.0000 | -$7,320.00 |
| 02/28/2019 | 900 | $12.1900 | -$10,971.0000 | | $0.0000 | -$10,971.00 |
| 02/28/2019 | 631 | $12.1800 | -$7,685.5800 | | $0.0000 | -$7,685.58 |
| 02/28/2019 | 100 | $12.1800 | -$1,218.0000 | | $0.0000 | -$1,218.00 |
| 03/01/2019 | -2,000 | | $0.0000 | $12.0700 | $24,140.0000 | $24,140.00 |
| 03/01/2019 | -1,000 | | $0.0000 | $12.0200 | $12,020.0000 | $12,020.00 |
| 03/04/2019 | -1,000 | | $0.0000 | $12.3300 | $12,330.0000 | $12,330.00 |
| 03/04/2019 | -1,000 | | $0.0000 | $12.4400 | $12,440.0000 | $12,440.00 |
| 03/05/2019 | 5,000 | $12.0700 | -$60,350.0000 | | $0.0000 | -$60,350.00 |

## Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 03/06/2019 | -3,000 | | $0.0000 | $12.0200 | $36,060.0000 | $36,060.00 |
| 03/06/2019 | 91 | $11.6100 | -$1,056.5100 | | $0.0000 | -$1,056.51 |
| 03/06/2019 | 2,909 | $11.6100 | -$33,773.4900 | | $0.0000 | -$33,773.49 |
| 03/14/2019 | -3,000 | | $0.0000 | $12.1400 | $36,420.0000 | $36,420.00 |
| 03/14/2019 | -2,000 | | $0.0000 | $12.0300 | $24,060.0000 | $24,060.00 |
| 03/14/2019 | 487 | $11.9000 | -$5,795.3000 | | $0.0000 | -$5,795.30 |
| 03/14/2019 | 1,219 | $11.9000 | -$14,506.1000 | | $0.0000 | -$14,506.10 |
| 03/14/2019 | 1,294 | $11.9000 | -$15,398.6000 | | $0.0000 | -$15,398.60 |
| 03/15/2019 | 2,000 | $11.4700 | -$22,940.0000 | | $0.0000 | -$22,940.00 |
| 03/18/2019 | -2,000 | | $0.0000 | $11.5800 | $23,160.0000 | $23,160.00 |
| 03/19/2019 | -100 | | $0.0000 | $11.5800 | $1,158.0000 | $1,158.00 |
| 03/19/2019 | -2,900 | | $0.0000 | $11.5700 | $33,553.0000 | $33,553.00 |
| 03/19/2019 | 2,098 | $11.4400 | -$24,001.1200 | | $0.0000 | -$24,001.12 |
| 03/19/2019 | 202 | $11.4400 | -$2,310.8800 | | $0.0000 | -$2,310.88 |
| 03/19/2019 | 200 | $11.4400 | -$2,288.0000 | | $0.0000 | -$2,288.00 |
| 03/19/2019 | 2,500 | $11.3500 | -$28,375.0000 | | $0.0000 | -$28,375.00 |
| 03/19/2019 | -1,300 | | $0.0000 | $11.3600 | $14,768.0000 | $14,768.00 |
| 03/19/2019 | -2,700 | | $0.0000 | $11.3500 | $30,645.0000 | $30,645.00 |
| 03/19/2019 | 3,800 | $11.2900 | -$42,902.0000 | | $0.0000 | -$42,902.00 |
| 03/19/2019 | 200 | $11.2900 | -$2,258.0000 | | $0.0000 | -$2,258.00 |
| 03/20/2019 | -10 | | $0.0000 | $11.2800 | $112.8000 | $112.80 |
| 03/20/2019 | -165 | | $0.0000 | $11.2700 | $1,859.5500 | $1,859.55 |
| 03/20/2019 | -4,500 | | $0.0000 | $11.2700 | $50,715.0000 | $50,715.00 |
| 03/20/2019 | -325 | | $0.0000 | $11.2600 | $3,659.5000 | $3,659.50 |
| 03/20/2019 | 5,000 | $11.0700 | -$55,350.0000 | | $0.0000 | -$55,350.00 |
| 03/20/2019 | 3,000 | $11.2800 | -$33,840.0000 | | $0.0000 | -$33,840.00 |
| 03/20/2019 | -3,000 | | $0.0000 | $11.3500 | $34,050.0000 | $34,050.00 |
| 03/20/2019 | -5,000 | | $0.0000 | $11.5000 | $57,500.0000 | $57,500.00 |
| 03/22/2019 | 5,000 | $11.6300 | -$58,150.0000 | | $0.0000 | -$58,150.00 |
| 03/26/2019 | -2,000 | | $0.0000 | $11.7400 | $23,480.0000 | $23,480.00 |
| 03/28/2019 | 2,000 | $11.7600 | -$23,520.0000 | | $0.0000 | -$23,520.00 |

**Shares Remaining:** **0**

| | 90-Day Average Price* | Shares Remaining | Subtotal: | -$22,015.69 |
|---|---|---|---|---|
| | $10.1581 | 0 | 90-Day Average: | $0.00 |
| | | | Total: | -$22,015.69 |

*Using the average closing price between May 3, 2019 and Jul 31, 2019.