UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ROBERT STROUGO, *individually and on behalf* :
*of all others similarly situated*, :

                                      Plaintiff, :

                                    :

                -against- :

                                      :

BEAZER HOMES USA, INC., ALLAN P. :
MERRILL, ROBERT L. SALOMON, :

                                      :

                           Defendants. :

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    08/06/2019

19-CV-5301 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 5, 2019, applications for appointment as lead plaintiff in this action were filed by Jan Thompson, Albert Khoshbin, and R.L. Merg Hoffman (collectively the "Applicants" and each an "Applicant");

WHEREAS pursuant to 15 U.S.C. § 78u-4(a)(3)(B) the Court is required to determine the "most adequate plaintiff" in this action by reference to which of the Applicants "has the largest financial interest in the relief sought by the class," *id.* at § 78u-4(a)(3)(B)(iii)(I)(bb), and "otherwise satisfies the requirements of Rule 23," *id.* at § 78u-4(a)(3)(B)(iii)(I)(cc);

WHEREAS the presumption that an Applicant is the most adequate plaintiff may be rebutted by evidence that the Applicant "will not fairly and adequately protect the interests of the class" or is "subject to unique defenses that render such plaintiff incapable of representing the class," *id.* at § 78u-4(a)(3)(B)(iii)(II)(aa)-(bb);

IT IS HEREBY ORDERED THAT:

1.  Any interested parties, including the Parties and Applicants, shall have until

    **August 16, 2019** to submit rebuttal evidence as to the financial interest in the

    relief sought by the class and the adequacy and typicality of any of the

Applicants, although the Applicants should not submit additional materials in support of their own motions except on reply, as discussed below.  Each interested party may make only one submission and each submission shall be no more than 10 pages, including any appendices or attorney declarations.

2. Each Applicant may, but is not required to, submit a reply in support of their application by **August 23, 2019**.  Reply submissions shall be limited to 5 pages, including any appendices or attorney declarations.

To the extent any interested party believes that its submissions should be filed under seal, they are respectfully directed to follow the Court's Individual Rules of Practice in Civil Cases, which may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni.

**SO ORDERED.**

**Date:  August 6, 2019**
      **New York, New York**

          **VALERIE CAPRONI**
          **United States District Judge**