

Ex Kano S. Sams, II
esams@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

September 5, 2019

**VIA CM/ECF**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square – Courtroom 443
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __09/06/2019__

**MEMO ENDORSED**

Re:   *Strougo v. Beazer Homes USA, Inc., et al.*
       Case No. 1:19-cv-05301-VEC

Dear Judge Caproni:

We, along with the Rosen Law Firm, P.A., serve as Co-Lead Counsel for Co-Lead Plaintiffs in the above-entitled action. We write on behalf of all of the parties in the action pursuant to the Court's Stipulation and Order Appointing Co-Lead Plaintiffs and Approving Selection of Co-Lead Counsel ("Order") entered on August 26, 2019.

Within the Order, the Court directed the parties to file a joint letter no later than September 6, 2019 proposing a schedule for the next steps in the action, including the filing of an amended complaint and a briefing schedule for any anticipated motion to dismiss. Counsel for the parties have conferred regarding such issues, and jointly propose the following schedule:

| | |
|---|---|
| October 18, 2019: | Deadline to file amended complaint; |
| December 9, 2019: | Deadline to file answer or motion to dismiss; |
| January 23, 2020: | Deadline to file opposition to motion to dismiss; and |
| February 24, 2020: | Deadline to file reply in support of motion to dismiss. |

Counsel for the parties are available should the Court require any further input regarding this matter. Thank you very much.

Application GRANTED.

SO ORDERED.          Date: 09/06/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully,

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

cc:    All counsel (via ECF)

488289.1 BEAZER10B